**FILED**

AUG 18 2005

86-online
10/03

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Make-A-Wish Foundation of America )
)
) CASE NUMBER 1:05CV01654
)
Plaintiff )
vs ) C   JUDGE: Emmet G. Sullivan
)
Linda M. Springer, in her capacity ) DECK TYPE: TRO/Preliminary Injunction
as Director of United States )
Office of Personnel Management ) DATE STAMP: 08/18/2005
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Make-A-Wish Foundation of America__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Make-A-Wish Foundation of America__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

475.0578

BAR IDENTIFICATION NO.

Michael J. Lyle

Print Name

Weil, Gotshal & Manges LLP
~~1501 K Street, NW, suite~~ 100
Address

Washington,   DC   20005
City        State      Zip Code

202 682-7157

Phone Number