IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MAKE-A-WISH FOUNDATION<br>OF AMERICA<br>3550 N. Central Avenue, Suite 300<br>Phoenix, AZ 85012-2107<br><br>   Plaintiff,<br><br>v.<br><br>LINDA M. SPRINGER, in her capacity as<br>Director of<br>United States Office of<br>Personnel Management<br>1900 E Street NW<br>Washington, DC 20415-1000<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. |

## MOTION FOR TEMPORARY RESTRAINING ORDER

Based upon the complaint and the memorandum of law and supporting exhibits and declarations submitted herewith, Plaintiff, Make-A-Wish Foundation of America ("Make-A-Wish"), respectfully moves the Court to enter an order:

  A. Temporarily restraining and enjoining OPM from printing, publishing, or distributing to federal employees any materials related to the 2005 CFC, including any list of charities eligible to participate in the 2005 CFC, until the conclusion of a hearing on plaintiff's preliminary injunction motion; and

  B. Advancing and consolidating the trial of the action on the merits with the hearing of the application for preliminary injunction, pursuant to

Federal Rule of Civil Procedure 65(a)(2), to allow for a final disposition on the merits before the 2005 CFC commences; and

C.   such additional relief as may be just and proper.

Make-A-Wish respectfully requests an expedited hearing on this motion. A proposed order is attached.

Dated: August 18, 2005
       Washington, D.C.

Respectfully submitted,

_____
Michael J. Lyle (Bar No. 475078)
Christine P. Hsu (Bar No. 452209)
David N. Southard (Bar No. 470832)
Weil, Gotshal & Manges LLP
1501 K Street, N.W., Suite 100
Washington, D.C. 20005
Phone: (202) 682-7000
Fax: (202) 857-0940

Counsel for Plaintiff
Make-A-Wish Foundation of America