IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAKE-A-WISH FOUNDATION<br>OF AMERICA<br>3550 N. Central Avenue, Suite 300<br>Phoenix, AZ 85012-2107<br><br>        Plaintiff,<br><br>    v.<br><br>LINDA M. SPRINGER, in her capacity as<br>Director of<br>United States Office of<br>Personnel Management<br>1900 E Street NW<br>Washington, DC 20415-1000<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF PAUL J. VELASKI

PAUL J. VELASKI, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

1.    I am employed by Make-A-Wish Foundation of America ("Make-A-Wish") as Vice President and Chief Financial Officer. I was hired on September 10, 2001 as Vice President, National Operations, and I served as Make-A-Wish's interim President and CEO from June 2004 to January 2005. I am a certified public accountant and have worked in the nonprofit sector for more than 17 years, most of that time with another international charity based in Washington, DC.

2.    One of my responsibilities as Vice President and CFO is to oversee the staff that is responsible for preparing and filing, or overseeing the preparation and filing

of, Make-A-Wish's IRS Form 990 each year, as well as Make-A-Wish's applications to participate in the Combined Federal Campaign ("CFC").

3. At the present time, there are 74 licensed Make-A-Wish chapters in the United States and its territories, each of which is a separately incorporated nonprofit organization that qualifies for tax exempt status under Section 501(c)(3) of the Internal Revenue Code.

4. As a result of the conscientious efforts of more than 25,000 dedicated Make-A-Wish volunteers across the country and a relatively modest number of hard-working employees, Make-A-Wish has become the largest and most successful wish-granting organization in the world. Attached as Exhibit A is a chart depicting the steadily increasing number of wishes granted each year just in the United States since 1985.

5. Collectively, Make-A-Wish and its chapters have granted the wishes of more than 125,000 children in the United States since the organization was formed.

6. As a result of the growth and success Make-A-Wish has experienced, the value of the Make-A-Wish "brand" has increased dramatically over the years. This past year, Make-A-Wish was featured as one of only three nonprofit organizations in a book entitled "America's Greatest Brands," in which the American Brands Council notes that Make-A-Wish "stands alone as the world's premier wish-granting organization." Attached as Exhibit B is a true and correct copy of pertinent portions of the book.

7. Over the years, Make-A-Wish has had the privilege of working closely with U.S. Presidents, scores of government agencies and literally thousands of federal employees and military personnel when granting children's wishes. By way of illustration:

   a.   Make-A-Wish children have met with every U.S. President since the organization was founded, including President Bush, who has granted 26 wishes to date, and President Clinton, who granted 47 wishes.

   b.   Make-A-Wish has granted numerous wishes involving every branch of the military, including wishes "to be a Navy SEAL," "to be a soldier," and "to take off and land on an aircraft carrier at sea."

   c.   A significant number of federal agencies have been directly involved in granting wishes, including the Department of Justice, the Federal Bureau of Investigation (wish "to be an FBI agent"), the EPA (wish "to speak with someone in a position to do something about the environment"), and the INS (wish "to become a U.S. citizen").

   d.   One particularly amazing wish granted in 2001 involved a boy whose wish was "to be the President for a day." In that role, he met with a number of government representatives, including representatives of the Secret Service, the Department of State, the Consumer Product Safety Commission, the Department of Defense, the FBI, IRS, the Department of Treasury, the Army, the Marine Corps, and even OPM (to which he advocated his and his classmates' desire for more "snow days").

Additional information about the "President for a Day" wish and one of the "Be a Soldier" wishes is attached as Exhibit C, along with a letter from an individual describing how profoundly the "Takeoff-and-Land on an Aircraft Carrier at Sea" wish affected the 5,000 men and women onboard the USS Eisenhower.

   8.   Since 1987, Make-A-Wish has received total CFC contributions in excess of $25 million, with annual amounts ranging between $1.2 million and $2.0 million in each of the past 16 years. Last year, Make-A-Wish received $1.35 million in contributions through the CFC. Make-A-Wish distributes the bulk of these funds (approximately 80%) to its 74 chapters, which use them in furtherance of Make-A-Wish's mission.

9. Make-A-Wish's participation in the CFC over the years has provided a significant and reliable revenue stream upon which Make-A-Wish and its chapters have come to depend in fulfilling their charitable purpose.

10. In its application for the 2003 CFC, Make-A-Wish disclosed that its AFR for fiscal year 2001 (which ended August 31, 2001) exceeded 25%. In accordance with 5 CFR § 950.203(a)(4)(i), Make-A-Wish submitted an explanation for why its expenses were reasonable under the circumstances, and provided a formal plan for reducing such expenses below 25 percent that would yield material results by fiscal year 2004. Attached as Exhibit D is a true and correct copy of the explanation and plan submitted to OPM as part of Make-A-Wish's 2003 CFC application.

11. OPM determined that the plan was reasonable and accepted and approved the explanation and plan submitted by Make-A-Wish in that it allowed Make-A-Wish to participate in the 2003 CFC.

12. In its application for the 2004 CFC, Make-A-Wish disclosed that its AFR for fiscal year 2002 again exceeded 25%. This shortfall was in large part attributable to unexpected economic difficulties caused by the September 11 terrorist attacks. As with the previous year, Make-A-Wish submitted the required explanation and plan, restating the plan submitted with the previous year's successful application, but revising the target date for material improvements to fiscal year 2005. Attached as Exhibit E is a true and correct copy of the explanation and plan submitted to OPM as part of Make-A-Wish's 2004 CFC application.

13. OPM once again determined that the plan was reasonable and accepted and approved the explanation and plan submitted by Make-A-Wish in that it allowed Make-A-Wish to participate in the 2004 CFC.

14. In reliance on OPM's prior approvals of its plan, Make-A-Wish continued to implement its plan and expected that its plan would continue to be acceptable to OPM through at least 2005, especially given that the plan stated that it would be in effect through fiscal year 2005.

15. In reliance on OPM's prior approvals of its plan, and in view of its 18 years of participation in the CFC, Make-A-Wish anticipated and budgeted for contributions from federal employees and military personnel through the 2005 CFC.

16. Consistent with its prior practices, Make-A-Wish submitted its application for the 2005 CFC with all required attachments including, *inter alia*, its 2003 IRS Form 990, an explanation of why its AFR was in excess of 25% and a status report of the plan approved by OPM the previous two years. Attached as Exhibit F is a true and correct copy of the explanation and plan submitted to OPM as part of Make-A-Wish's 2005 CFC application.

17. On or about May 17, 2005, Make-A-Wish learned from America's Charities that OPM had denied its application to participate in the 2005 CFC. Attached as Exhibit G is a true and correct copy of OPM's denial of Make-A-Wish's 2005 CFC application.

18. On May 31, 2005, America's Charities, on behalf of Make-A-Wish, appealed OPM's decision and submitted a further explanation of why Make-A-Wish's AFR percentage had risen and what steps the organization had been taking and was

continuing to take to reduce it. To show the reasonableness of its plan and that the plan was in fact successful in reducing its AFR to below 25% (to 24.1%), Make-A-Wish included its Form 990 for the most recently completed fiscal year. Attached as Exhibit H is a true and correct copy of Make-A-Wish's appeal, including its 2004 Form 990.

19.    In a letter to America's Charities dated July 15, 2005, OPM rejected Make-A-Wish's appeal. Attached as Exhibit I is a true and correct copy of OPM's rejection of Make-A-Wish's appeal.

20.    By letter dated July 21, 2005, Make-A-Wish wrote to defendant Springer, as Director of OPM, explaining why Make-A-Wish was in compliance with the regulations, why its application should have been granted and why OPM's denial of its appeal was unjustified. Attached as Exhibit J is a true and correct copy of Make-A-Wish's July 21, 2005 letter to OPM.

21.    On July 29, 2005, Make-A-Wish received a letter from Clarence Crawford, Chief Financial Officer of OPM, rejecting Make-A-Wish's request for a waiver of the applicable standards. Attached as Exhibit K is a true and correct copy of OPM's July 29, 2005 letter to Make-A-Wish.

22.    On August 3, 2005, Make-A-Wish representatives met with OPM staff to discuss this matter. On August 11, 2005, Make-A-Wish received a letter from Mara T. Patermaster, Director of the Office of CFC Operations, stating that "OPM has determined that the decision upholding the initial denial of your organization's appeal will stand." Attached as Exhibit L is a true and correct copy of OPM's August 11, 2005 letter to Make-A-Wish.

23.  Based on my personal review of Make-A-Wish's actual financial results through the first 11 months of the fiscal year ending August 31, 2005, it is clear that Make-A-Wish's AFR percentage this fiscal year will be below OPM's 25% threshold for the second year in a row, at approximately 22.5%.


Executed on August 16, 2005
Phoenix, Arizona

                                                     _____
                                                     Paul J. Velaski

23. Based on my personal review of Make-A-Wish's actual financial results through the first 11 months of the fiscal year ending August 31, 2005, it is clear that Make-A-Wish's AFR percentage this fiscal year will be below OPM's 25% threshold for the second year in a row, at approximately 22.5%.

Executed on August 16, 2005
Phoenix, Arizona

_____
Paul J. Velaski