

Wishes Granted: FY87-04