

**President Daniel Moretz**

June 13, 2001

# A Wish Fulfilled: "President For A Day"



Make-A-Wish Foundation®
of the Mid-Atlantic, Inc.

Make-A-Wish Foundation of the Mid-Atlantic, Inc.
10920 Connecticut Avenue
Kensington, MD 20895-1600
(301) 962-9474
Contact: Jared D. Cohen, Chief Operating Officer

# Hail To The Chief

*Make-A-Wish Foundation partners with more than twelve government agencies to fulfill ten-year-old boy's wish to serves as "President For A Day."*

Ten-year-old Daniel Moretz thinks big. Most children his age would be happy to have the chance to meet and shake hands with the president of the United States. Not Daniel, a heart transplant patient from Augusta, Ga. When the boy was offered the chance by the Make-A-Wish Foundation to have his fondest wish realized, he didn't hesitate to say he wanted to *be* the president for a day. This request was tailor made for this special organization. Founded in 1980, the Make-A-Wish Foundation is a non-profit organization that fulfills the wishes of children fighting life-threatening illnesses.

Daniel suffered through 11 heart operations and two strokes in his young life before receiving a new heart 18 months ago. But none of it could dampen his enthusiasm for serving as the nation's chief executive for a day.

The logistics of Daniel's wish were mind-boggling. More than twelve government agencies signed on board to assist in fulfilling Daniel's wish beyond his greatest expectations. Since the Foundation was founded, nearly 100,000 children have had their greatest wishes fulfilled. In that time, however, no other child has ever asked to be "President of the United States." After much planning, the date of June 13, 2001 was selected for the "Moretz Administration."

The Moretz family arrived in Washington on June 10th for training prior to Daniel's one-day tenure as "President." The Make-A-Wish Foundation set up several appointments for Daniel to learn the various roles of the Presidency. "What we decided to do is not only to make Daniel feel like president for a day but teach him how to be president," said Jared Cohen of the Make-A-Wish Foundation. It was arranged for Daniel to get a special tour of the National Museum of American History's new exhibition "The American Presidency: A Glorious Burden." Daniel and his family also had the opportunity to learn how the President interacts with the legislature when they toured the United States Capitol. Finally, a briefing was set up for Daniel at the Brookings Institution, a public policy organization. At Brookings, Daniel met with several former presidential advisors to learn about this new position. These advisors provided extensive coaching on being an effective president. Charles Schultze, the chairman of the president's Council of Economic Advisors under President Jimmy Carter, explained economics issues. James Lindsay, a former National Security Council official under President Bill Clinton, outlined important foreign policy information. Ron Nessen, President Gerald Ford's spokesman, advised Daniel about working with the news media. Stephen Hess, a veteran of the Eisenhower and Nixon administrations, offered advice on speechwriting and politics.

After much anticipation and thorough training, Daniel's day to be "President" arrived. After staying in a "Presidential" suite at the Willard Intercontinental Hotel, Daniel and his family had a breakfast meeting to outline his schedule for the day. Each of Daniel's family members participated in his wish by holding high level positions in his administration. Daniel's mother served as Press Secretary. His father and grandfather both served as Advisors to the President. Daniel's brother Lee and sister Morgan both served as Senior Advisors to the President.

Daniel and his family were outfitted appropriately for their special day. Brooks Brothers donated "Presidential Attire" for the entire family. Daniel called his blue suit his "Bush" suit. He wore it with a white shirt and "presidential" red tie.

During the day, Daniel traveled around town by "motorcade" and met with government leaders to discuss fighting crime, tax collection, toy safety and national defense. He even met with officials to advocate on behalf of school children for additional "snow days." Daniel's busy schedule did not preclude him from having a special "Presidential" lunch — a McDonald's double cheeseburger and french fries. Several hundred people who attended a speech Daniel made at the Advisory Board Company, a health care consulting firm in Washington cheered as the President concluded his remarks. The speech topic was a topic close to the President's heart — the importance of organ donation. At each of his stops, Daniel was met by cheering crowds and citizens holding up signs with greetings such as "four more years" and "we love President Moretz." Also at each stop, he was always referred to as "Mr. President."

At one point during his presidency, Daniel was rushed to the Pentagon for a "classified" briefing about a national emergency in the country of "Leoni." Several Generals worked with Daniel in his Commander In Chief role to determine a course of action to save Americans in "Leoni." After much discussion and literally flipping a coin, President Moretz decided to have the Army — instead of the Marines — rescue the Americans in "Leoni."

One of the many highlights of Daniel's day as "President" was laying a wreath at the Tomb of the Unknown Soldier. Daniel was also thrilled when he arrived at the Department of Treasury for a meeting and saw a glass of milk and plate of cookies for him at the head of the table. He also loved viewing "role played" video news coverage of the "Moretz Administration." Several national and local television news personalities offered analysis of Daniel's presidency using phrases like "President Moretz has a remarkable 99 percent approval rating" and "President Moretz is wining praise from political observers for following through with his campaign promises."

In all, several hundred people from more than twelve government agencies and other organizations helped fulfill Daniel's wish. What did Daniel like best about being president? "I liked feeling special and meeting with people from the military," he said. What did he like the least? "He didn't like wearing a tie all day," said his mother, Julie.

Julie summed up Daniel's experience when she addressed a group of people who helped fulfill Daniel's wish at the end of his "day as President." She said, "and, to all of you, how can I say 'thank you' for the kindness you have shown. It is kind of like trying to say thank you to Daniel's heart donor family. It is true they gave the greatest gift OF life but you all gave the greatest gift IN life. You showed a little boy and his family that it's okay to dream and to believe...because wishes do come true."

# Honor Roll of U.S. Government Agencies that helped make Daniel's Wish Come True:

Consumer Product Safety Commission
Department of Defense
Department of Justice
Department of State — Diplomatic Security Service
Department of Treasury
Federal Bureau of Investigation
Internal Revenue Service
National Museum of American History
National Park Service
Office of Personal Management
United States Army — Military District of Washington
United States Capitol Police
United States Customs Service
United States Marine Corps
United States Park Police
United States Secret Service Uniformed Division

## Photo Gallery of Daniel's Wish












**Photograph Key**
1. President Moretz arrives at one of his ten stops during the day.
2. The President reviews troops of the Third United States Infantry.
3. The President reacts to cheers from admirers who wave American flags and display signs such as "we love President Moretz" and "four more years."
4. The President confers with his Press Secretary (and mother) at the Office of Personnel Management where he advocated on behalf of children for more "snow days."
5. The President receives a briefing about toy safety from the Consumer Product Safety Commission
6. The President dedicates the new Situation Room at the U.S. Customs Service
7. President Moretz poses in front of his "Presidential Portrait," which hung in many government buildings during his visits.
8. The President lays a wreath at the Tomb of the Unknown Soldier
9. The President acknowledges supporters outside the Ronald Reagan Federal Building.
10. The President delivers a speech about the importance of organ donation.

# OPERATION: JUSTIN

FULFILLED BY THE MAKE-A-WISH FOUNDATION ON OCTOBER 7-8 2002

*"just one of the troops"*



MAKE·A·WISH®

# MISSION BRIEF:



The U.S. Army recently enlisted and trained one of its youngest recruits, then put the fate of the free world in his hands, as well as a few large tactical vehicles. In just two days of service, 10-year-old Justin became a sergeant and now ranks among the most decorated soldiers of our time after retrieving a top-secret laser device stolen by international "bad guys" who infiltrated Fort Belvoir, Virginia.

Justin, you see, wants nothing more than to step into the combat boots of his older brother, Raymond, stationed with 10th Mountain Division at Fort Drum, N.Y.



Justin's age and life-threatening illness bar him from military service, but the Make-A-Wish Foundation discovered the boy's dream and asked the Pentagon to recruit him. Justin wants to be a hardcore sergeant and tactical vehicle driver. "I want to drive something with six wheels," said the freckled-faced boy, holding out his arms. "A big truck."

The Make-A-Wish Foundation fulfills the wishes of children fighting life-threatening illnesses to enrich their lives with hope, strength, and joy. The Foundation contacted the offices of the Secretary of Defense and Sergeant Major of the Army, as well as the Military District of Washington for help with Justin's special request. The Pentagon's Defense Protective Service and Fort Belvoir command were also instrumental to the mission.





"They managed to pull this together in under a week. These people came up with something absolutely wonderful and fulfilled Justin's dream in such an incredible way," said Jared Cohen, Make-A-Wish chief operating officer.

Justin arrived at the Pentagon with his family one afternoon, where he spoke to a recruiter, signed on the line, and Lt. Gen. John Craddock from the Pentagon gave him the oath of enlistment. He was promoted on the spot to sergeant. "I get a 'motion? What's a 'motion?" Justin asked.

Secretary of Defense Donald Rumsfeld greeted the sergeant and made sure he received orders. "We're proud you picked the Army," said Rumsfeld.

The Make-A-Wish Foundation outfitted Justin with battle dress uniform, boots, beret and identification tags. After several trips to the punch and cake table, Justin met Sgt. Maj. of the Army Jack Tilley, who gave him a challenge coin and some solid advice on soldiering. Several Old Guard members whisked Justin and his family on carts through Pentagon corridors, stopping at the Hall of Heroes. Justin read out loud the names of America's largest conflicts, his beret sometimes falling over his eyes.



Justin arrived outside the Pentagon promptly at 8 a.m. the following morning and rode in a Humvee with the 144th Military Police Company. Justin checked badges at the Pentagon's south entrance, and assured tight security at the metal detectors. He also earned a military police brassard and a framed set of handcuffs as an honorary MP.

A cushy limousine carried the family to Fort Belvoir, where Justin trained for his mission. Justin tested night vision goggles and laser scope on an indoor range simulator. Justin was then hustled to a secured briefing room where he was given details of, Task Force Justin. He sat attentively in front of screens detailing where the stolen laser device was hidden. A heavy collection of honorary unit insignia sparkled on his chest, his mother's eyes glistened with tears.

Surrounded by a force of armed and camouflaged soldiers, Justin had the choice of two vehicles to command on the mission — an M113 armored personnel carrier or a wheeled Stryker personnel transport. Donning helmet and flak jacket, Justin poked through the commander's hatch of the M113 and ordered the vehicle to "move out, fast!"




Soldiers jogged alongside the vehicle and provided cover as the special unit rumbled down the road.

The boy who often spends hours pushing around toy tanks, jeeps and soldier figures, took delight in barking orders to his brothers Raymond and Eric, 11, and sister Kaitlin, 7. "He's a sergeant now. Sergeants get mad," shrugged Eric.

Justin stormed an office building and retrieved the laser device, a feat that earned him several decorations, including the Army Meritorious Service Medal. "I like to do things that freak my mom out," said Justin, who barred his parents from participating in the dangerous mission. "This is a lot of fun!"

Justin's request to Make-A-Wish included the wish to taste Army chow. He ate at Fort Belvoir's dining facility with garrison commander Col. Thomas W. Williams.



After a hardy lunch, the technical rescue team on Fort Belvoir taught Justin to maneuver through dirt in a Bobcat skid loader, then bash down a column of large rocks with a Deere backhoe.

Part of Justin's wish was to board a ship. Coastguardsmen at the Curtis Bay Coast Guard Station in Baltimore took Justin and his family on a utility boat, where he helped escort a cruise ship out of the harbor.

"You're a very special kid for them to do all this just for you," said Justin's father Chuck to the contented, but fatigued, son as the boat powered back to shore. "I never dreamed it would be like this."



MAKE·A·WISH®



December 26, 1995

amily

Dear Mike & Carol,

I was saddened to learn that Joey died. I know the pain that you are working through - my wife and I lost a little boy five years ago. It was the most agonizing thing that has ever happened to us. I thought then that I would never have another normal day. I thought I would never have a day go by and not think of him and just hurt. I want you to know that the hurt does pass. It is slowly mended by wonderful memories that only Joey could have brought to you.

I was stationed onboard the USS Dwight D. Eisenhower during Joey's visit in February 1994. As the ship's public affairs officer, I coordinated Joey's visit to the IKE. I wanted to share this note with you about Joey's visit. As you may know, the IKE was the first aircraft carrier to have women assigned as crewmembers. This distinction created an unusually high level of interest in the ship, and it produced record numbers of visitors at sea. Of the 1400 people who visited the six Atlantic Fleet carriers in 1994, over 900 of them visited the IKE. We were very busy! And to be very honest, we were getting tired of so many visitors. As the visit coordinator, it was becoming a real challenge for me to keep the crew's hospitality as high as our reputation. The red carpet was getting a little frayed on the edges. Joey changed all that!

When the crew learned of Joey's visit, my phone wouldn't stop ringing. Five thousand people were all calling me, asking what they could do to help out. People who were very busy and tired, suddenly found a lot of energy and enthusiasm. The guys on the flight deck came to my office, with a copy of the flight schedule, to make sure they got him out there at the best possible time. I can still hear his voice on the radio as he gave landing instructions to several pilots making their approaches. The squadrons all gave me patches for his flight jacket. The guys in the sail loft happily stayed up late into the night to get them sewn on before the next morning. Those were the same guys that helped Joey drive the ship when he took the helm on the bridge. We had a schedule written for him, but we couldn't keep him on it. People kept holding on to him at each stop, or intercepting him with unscheduled attractions all over the ship.

Joey was genuinely fascinated with every detail of the ship. At first we didn't know how physically challenging the visit would be for him. But within minutes, his detailed questions and careful observations made it clear to us that he was serious about this visit. He was really interested in the jets. As he watched them launch and recover, it was obvious that he had for now, set the cancer aside. So we did too.

Joey made a big difference in a lot of lives that day. Several thousand fathers who were at sea away from their own children, gave some careful thought to how they would spend time with their kids once back in port. Joey's warmth and courage made us all realize that our big problems weren't really so big after all. And that the busy lives we take for granted are so very precious.

I traveled with the IKE throughout the Middle East and Mediterranean. We visited ports all over Europe and Southwest Asia. People from all over the world visited the ship, including several world leaders. I even escorted the President of the United States on a visit. It was a wonderful tour of duty. However, I want you to know that Joey's visit was the high point for me. No other event moved me so much, or touched me so deeply. Joey's impact on the crew will always be my most special memory of my days on the IKE. It was so inspiring to see him bring a crew of 5,000 people together – all of them dedicated to a single purpose. They wanted Joey to see it all. He was so excited, and completely unaware of his influence on us. The ship was so big to him. As his little legs climbed the steep ladders and walked through miles of passageways, he made us want to do whatever we were doing, just a little bit better. He made us focus on what's really important. I am thankful to have met such a special boy. I'll never forget him!

Sincerely,

[signature redacted]

LCDR, USN