**Make-A-Wish Foundation®**
**of America**
3550 North Central Avenue, Suite 300
Phoenix, Arizona 85012-2127
602-279-WISH , 800-722-WISH
602-279-0855 fax
www.wish.org



## Make-A-Wish Foundation of America
## FRA Calculation

For the fiscal year ended August 31, 2001, the Make-A-Wish Foundation of America (MAWFA) had an FRA of 28.79%. Using the same calculation for program related activities and payments to affiliates the Foundation had a program average of 94.83%. In fiscal year 2001 the organization spent 123.61% of total support and revenue, posting a loss for the year. Fundraising and management and general expenses as a percentage of total expenses were 23.29%. (As a point of information, based on the Combined Audit, which includes the national organization and the chapters, the FRA is 19.40%.)

Among other things, in fiscal year 2001 MAWFA awarded and recorded the liability for more than $2.7 million in multi-year territory expansion grants to several chapters in order to completely cover and service the United States. The organization also distributed $9.1million in cash to the chapters from various nationally sponsored fund raising programs. These two items constituted 58.98% of the $20.4 million in total support and revenue generated during the year. The remaining 41.02% was not adequate to cover the operations of the National Organization. The Foundation needs to revisit both the revenue sharing and chapter assessment formulas that are currently in place.

The Foundation is beginning work on a new strategic plan that looks out five years. A key component of this plan will redefine the financial relationship between MAWFA and the chapters. The plan will require MAWFA to operate profitably by fiscal year 2004 and to hold six-months in operating reserves by fiscal year 2007. Accomplish this will require several intrinsic operational changes. First, the revenue sharing formulas will provide that MAWFA retains more of the income it generates. Direct and indirect costs associated with generating revenue will be deducted before chapter distributions are calculated. Second, the chapters will be billed for the cost of some services that are currently absorbed by the national organization (e.g., annual audits, directors and officers insurance, crime coverage). Others costs that historically have been subsidized will be passed through in total. Finally, the level of partnership dues paid to national by the chapters will be increased from the current formula of 1% of unrestricted support and revenue, less exclusions. With the exclusions, MAWFA realized only .68% or $725k based on a year in which chapters generated $106 million. Although the new formula has yet to be defined, the percentage will be higher that 1%, and the exclusions will be eliminated.



*Share the Power of a Wish* ®