Make-A-Wish Foundation
of America
3550 North Central Avenue, Suite 300
Phoenix, Arizona 85012-2127
602-279-WISH , 800-722-WISH
602-279-0855 fax
www.wish.org



## Make-A-Wish Foundation of America
## FRA Calculation

For the fiscal year ended August 31, 2003, Make-A-Wish Foundation of America (MAWFA) had an FRA of 38.1%. Using the same calculation for program related activities and payments to affiliates the Foundation had a program average of 87.97%. In fiscal year 2003 the organization spent 120.07% of total support and revenue, posting a loss for the year. Fundraising and management and general expenses as a percentage of total expenses were 31.73%. (As a point of information, based on the Combined Audit, which includes the national organization and the chapters, the FRA is 22.59%.)

The Foundation raised an additional $2.2 million in monies that, in accordance with SFAS No. 136, is not reported in the Foundation's Statement of Activities, although the full cost of raising these funds is. If this amount is included in the calculation, total support and revenue becomes $20.2 million and the organization's FRA becomes 34.16%. Since this income was subsequently distributed to chapters, the program average would become 93.51%. The percentage of overhead expenses to total expenses would be reduced to 28.95%

The economic climate had a significant impact on the Foundation's activities during the fiscal year, requiring a greater commitment of staff and other resources to generate revenue.

The Foundation is implementing the recommendations developed in the first phase of a three phase strategic planning process that looks at the organization as a whole. Significant progress has been made in phase two. A key issue that will be addressed during phases 2 and 3 of this planning process will be the financial relationship between MAWFA and the chapters. The plan will require MAWFA to operate profitably by fiscal year 2005 and to hold six-months in operating reserves by fiscal year 2007. Accomplish this will require several intrinsic operational changes. First, the revenue sharing formulas will provide that MAWFA retains more of the income it generates. Direct and indirect costs associated with generating revenue will be deducted before chapter distributions are calculated. Second, the chapters will be billed for the cost of some services that are currently absorbed by the national organization (e.g., annual audits, directors and officers insurance, crime coverage). Others costs that historically have been subsidized will be passed through in total. Finally, the level of partnership dues paid to national by the chapters will be increased from the current formula of 1% of unrestricted support and revenue, less exclusions.



*Share the Power of a Wish*®