

**UNITED STATES
OFFICE OF PERSONNEL MANAGEMENT
WASHINGTON, DC 20415-1000**

OFFICE OF THE DIRECTOR

MAY 17 2005

Mr. Don Sodo
CEO/President
America's Charities
14150 Newbrook Drive, #110
Chantilly, VA 20151

Dear Mr. Sodo:

We have completed a review of your federation's application to participate in the 2005 Combined Federal Campaign (CFC). I am admitting America's Charities and 31 of the 33 member organizations included in your original list for participation in the 2005 CFC. Two member organizations appearing on your list have been denied participation in the 2005 CFC. These are:

   Make-A-Wish Foundation of America
   Native American Rights Fund

An explanation of the reasons for each of these denials appears in Attachment One of this letter. If, after reviewing the eligibility requirements for CFC (appearing at 5 CFR Part 950), you believe an error was made in reviewing these members' applications, you may appeal the denials to Dan G. Blair, Acting Director of the Office of Personnel Management. Your appeal need only respond to the deficiencies described in Attachment One. Your appeal must be in writing and must be received within 10 business days from the date you receive this letter. Appeals should be sent to:

   U.S. Office of Personnel Management
   CFC Operations – Room 5450
   1900 E Street, NW
   Washington, DC 20415

OPM continues to experience significant delays with mail service associated with irradiating mail prior to its delivery to Federal offices. As a result, all organizations submitting an appeal are vigorously encouraged to use "next day" or "overnight delivery."

Please note that we have found the following ten members eligible. Although their administrative and fundraising rates exceed 25%, their explanation and formal plan to reduce the rate meets the requirement of 5 CFR §950.203(a)(4). They are:

   Breast Cancer Coalition (27.4%)
   Human Rights Campaign Foundation (34.1%)
   The Humane Society of the United States (30.3%)

CON 151-64-4
September 2001

The Jane Goodall Institute for Wildlife Research, Education and Conservation (34.0%)
NAACP Legal Defense and Educational Fund (28.9%)
NAACP Special Contributions Fund (41.4%)
National Law Enforcement Officers Memorial Fund (28.0%)
Population Connection (26.6%)
Puerto Rican Legal Defense and Education Fund (32.1%)
Vietnam Veterans of America Foundation (43.8%)

OPM noted that the federation's IRS Form 990 did not include a schedule of grants and allocations as required on line 22 of the Form. Future submissions of incomplete Forms 990 may result in a denial.

Also, the federation's annual report states that "on average, America's Charities members pay 16% of designated funds for membership fees, for participation in the Combined Federal Campaign [CFC], as well as over 80 campaigns at employers in the private sector and inclusions in the private sector and inclusion in several United Way partnerships." Please clarify to OPM the method by which the federation determines the amount of dues and/or fees that are deducted from an organization's CFC designations.

Finally, the Attachment A for some member organizations did not include a detailed schedule that listed the real services, benefits, assistance, or program activities provided in at least 15 different states or one foreign country and the year of service. See CFC Memorandum 2004-10, available at www.opm.gov/cfc for additional information. OPM had to refer to other documents in the application to identify qualifying information. In the future, the submission of applications that do not include a schedule detailing the real services, benefits, etc. provided by the member organization will result in a denial.

Best wishes for a successful 2005 campaign.

Sincerely,

*Mara T. Patermaster*

Mara T. Patermaster, Director
Office of CFC Operations

America's Charities
2005 CFC Application
Attachment One

- <u>Make-A-Wish Foundation of America</u> – The organization's administrative and fundraising rate is 38.1%. Its application did not include an adequate Attachment F. CFC eligibility regulations at 5 CFR §950.203(a)(4)(i) require submission of an explanation for an administrative and fundraising rate in excess of 25% and a formal plan to reduce the rate below 25 percent.

- <u>Native American Rights Fund</u> – Revenues reported in Attachment D (audited financial statements) and Attachment E (IRS Form 990) of your application do not reconcile. In particular, revenues reported on line 12 of the IRS Form 990 do not include temporarily restricted and permanently restricted revenue reported in the audited financial statements. Therefore, total revenues per the audited financial statements do not reconcile with total revenues reported on the IRS Form 990. An accurate, accrual-based Form 990 is essential in calculating an applicant's administrative and fundraising ratio, required by CFC regulations at 5 CFR §950.203(a)(4).

  Please also note that while not a ground for denial this year, the organization's Attachment A did not provide dates of service in 15 states over the past three years. See memo 2004-10 (www.opm.gov/cfc/opmmemos/2004/2004-10.asp). We determined service in 15 states by reviewing the annual report; however a detailed description of real service in 15 states, including the year of service in each state, is required to be submitted as Attachment A. Failure to include this statement may be a ground for denial in future years.