

UNITED STATES
OFFICE OF PERSONNEL MANAGEMENT
WASHINGTON, DC 20415-1000

OFFICE OF THE DIRECTOR

JUL 15 2005

Mr. Don Sodo
President & CEO
America's Charities
14150 Newbrook Drive, Suite 110
Chantilly, VA 20151

Dear Mr. Sodo:

Pursuant to the authority delegated by the Acting Director of the U.S. Office of Personnel Management (OPM), I have completed a review of your appeal on behalf of two member organizations to be listed as members of the America's Charities federation for the 2005 Combined Federal Campaign. I am sustaining the decision to deny the applications of the Make-A-Wish Foundation and the Native American Rights Fund. This decision brings the total number of approved federation members 31.

Eligibility criteria regulations for CFC national organizations are set forth at 5 CFR §950.202 and §950.203. These regulations state that if the national applicant's administrative and fundraising expenses exceed 25 percent, then it must provide an explanation and formal plan to reduce these expenses below 25 percent. OPM may reject an application with fundraising and administrative expenses in excess of 25 percent, unless the organization demonstrates that its explanation and formal plan are reasonable under the circumstances. Upon review of the amended Attachment F, Make-A-Wish Foundation's plan for reduction of its administrative and fundraising expenses is insufficient.

Make-A-Wish Foundation's appeal included 2004 IRS Form 990 information to document and administrative and fundraising rate below 25 percent as part of an adequate plan by the organization. We cannot consider an IRS Form 990 or other financial data that was not available at the time of the application deadline.

Also, these regulations require that revenues and expenses reported in the IRS Form 990 and audited financial statements reconcile and that all certifications and documentation be complete and submitted prior to the application deadline. The revenues for the Native American Rights Fund did not reconcile. The total revenues reported on Line a of Part IV-A of the IRS Form 990 should include total unrestricted, temporarily restricted, and permanently restricted revenues received for the period. The line only includes total unrestricted funds. Therefore, the amount on Line a did not reconcile to the audited

CON 131-64-4
September 2001

financial statements since it did not include temporarily and permanently restricted revenues.

Although Line d(2) of the Form 990 shows an adjustment for temporarily restricted and permanently restricted revenues, it did not include the reduction amount for temporarily restricted revenues transferred to unrestricted revenues. Therefore, this amount is over-reported.

There is one last step to complete your 2005 CFC application. This year you must electronically submit the 25-word statement that will appear with the name and CFC number for the federation and each of its member organizations in the official CFC listing. Please go to our website to enter the information. You will need to know your federation's Employer Identification Number (EIN) and CFC PIN (ac1234). Following are the steps for entering your statement:

1. Go to http://apps.opm.gov/CFC/Charity/Main.jsp
2. Click on "National/International Federation Login"
3. Enter your federation's EIN and CFC PIN.
4. Create a new PIN (it must contain 6-8 alpha or numeric characters)
5. Re-enter the system using your EIN and new PIN.
6. Review the organization information (telephone number, administrative and fundraising rate, etc.) recorded by OPM and enter a statement that does not exceed 25 words.
7. Click "Submit" when done.

This information must be submitted by close of business (5:00 pm EST) Friday, July 22, 2005. Please contact Ms. Valinda Pittman at the Office of CFC Operations (202) 606-2564 if you need technical assistance or have any questions about this process.

Best wishes for a successful 2005 campaign.

Sincerely,

Clarence C. Crawford
Chief Financial Officer