**Make-A-Wish Foundation®
of America**
3550 North Central Avenue, Suite 300
Phoenix, Arizona 85012-2127
800 722-9474
602 279-9474
602 279-0855 fax
mawfa@wish.org
www.wish.org



July 21, 2005

<u>*By E-Mail and Federal Express*</u>

Linda M. Springer, Director
Office of Personnel Management
1900 E Street, NW
Washington, DC 20415-1000

      Re:    Request for Waiver of 25% AFR Limitation to
                Allow Make-A-Wish Foundation of America to
                <u>Participate in 2005 Combined Federal Campaign</u>

Dear Ms. Springer:

I am President & CEO of the Make-A-Wish Foundation of America ("Make-A-Wish"), a national nonprofit organization with 74 chapters across the country that have granted the wishes of more than 125,000 children with life-threatening medical conditions since Make-A-Wish was founded 25 years ago.

On July 15, 2005, we were notified by America's Charities that the Office of Personnel Management ("OPM") had rejected our appeal of an earlier OPM decision denying our application to participate in the 2005 Combined Federal Campaign ("CFC"). We assume you were not involved with these decisions based on the fact that OPM's recent letter to America's Charities (attached as Ex. 1) purports to have been written "pursuant to the authority delegated by the Acting Director of OPM."

We were stunned to learn our appeal had been denied, particularly because Make-A-Wish has qualified and been included on the national CFC list every year since 1987. During the past 18 years, literally hundreds of thousands of federal employees have chosen Make-A-Wish to be the beneficiary of their donations. This has provided a significant revenue stream upon which our chapters and we have come to depend in carrying out our charitable mission.



*Share the Power of a Wish®*

Linda M. Springer, Director
July 21, 2005
Page 2 of 7

For the following reasons, we respectfully request that you, as OPM Director, exercise your authority under 5 CFR Section 950.203(e) to grant a temporary waiver of the accountability standards set forth in Section 950.203(a)(4), in order to permit Make-A-Wish to participate in the 2005 campaign:

1. **Make-A-Wish has succeeded in reducing its AFR to below 25%.**

As a result of a number of factors -- including dealing with the aftermath of September 11 while continuing to grant more wishes each year than the year before -- Make-A-Wish operated at a loss during fiscal years 2001, 2002 and 2003. This caused our administrative and fund-raising expenses ("AFR") to exceed 25% during those years, something that had rarely happened before in our history.

When we submitted our application to participate in the 2005 campaign, we included our IRS Form 990 for FY 2003 -- i.e., the most recent one we had at the time -- along with an explanation of how we planned to bring our AFR down to below 25%. Between the date we submitted our application and the date OPM denied it, Make-A-Wish's Form 990 for FY 2004 was completed, so we submitted it along with our appeal to ensure OPM had the most current information available to it.

As our most recent Form 990 makes clear, Make-A-Wish has succeeded in reducing its AFR to 24.10% in FY 2004 -- down from 38.10%, 30.92% and 28.79% in FYs 2003, 2002 and 2001, respectively. (See summary attached as Ex. 2.)

2. **OPM's refusal to consider Make-A-Wish's FY 2004 IRS Form 990 was erroneous.**

In its letter denying our appeal, OPM characterized Make-A-Wish's plan for reducing AFR as "insufficient" (for reasons it failed to specify) while at the same time refusing to consider our Form 990 for FY 2004 -- which demonstrates the plan was not only sufficient but had, in fact, worked. OPM erroneously stated, "We cannot consider an IRS Form 990 or other financial data that was not available at the time of the application deadline."

OPM's decision appears to be based on an incorrect interpretation of applicable regulations. The regulation in question states that appeals "may not be used to supplement applications that had missing or outdated

Linda M. Springer, Director
July 21, 2005
Page 3 of 7

documents, and any such documents submitted with the [appeal] will not be considered" (emphasis added). 5 CFR Section 950.205(a). That was not the case here. Make-A-Wish's application did not have "missing or outdated documents." To the contrary, the Form 990 included with the application was the most recent one in existence at the time.

OPM's refusal to consider Make-A-Wish's Form 990 was not only erroneous, but also inconsistent with OPM's past practice. For example, we are aware that last year National Down Syndrome Society ("NDSS") appealed OPM's determination that it was ineligible because its AFR exceeded 30%. Reversing its initial determination, OPM properly considered "additional materials" submitted in conjunction with the appeal – specifically, a more recent Form 990 and financial statements showing that NDSS's AFR had dropped below 25 percent.

In addition, Make-A-Wish is aware of at least one instance this year where OPM permitted a participating charity to submit -- after the application deadline -- required financial information which should have been, but was not, included with the original application.

If OPM had considered Make-A-Wish's most recent financial information -- as it was permitted to do and has, in fact, done with other charities -- it would have had no choice but to reverse its initial determination because, having reduced its AFR to 24.10%, Make-A-Wish undeniably meets all of the public accountability and other eligibility standards set forth in 5 CFR Sections 950.202 and 950.203.

3. **There is no basis for OPM treating Make-A-Wish less favorably than other similarly situated charities.**

As the chart below makes clear, in recent years OPM has permitted a steadily increasing number of charities to participate in the CFC despite having increasingly high average AFRs in excess of 25%:

| CFC Year | No. of Charities with AFRs > 25% | Average AFR |
|---|---|---|
| 2001 | 84 | 29.69% |
| 2002 | 94 | 30.09% |
| 2003 | 135 | 30.19% |
| 2004 | 175 | 32.66% |

Linda M. Springer, Director
July 21, 2005
Page 4 of 7

(See data attached as Ex. 3.)

Even if, assuming for the sake of argument, Make-A-Wish had not reduced its AFR to below 25% this past fiscal year, there would be no legitimate basis for disqualifying Make-A-Wish from participating in the upcoming 2005 campaign. In fact, such a decision would be wholly inconsistent with numerous eligibility determinations made by OPM in recent years involving charities that are similarly situated to Make-A-Wish.

For example, Make-A-Wish is aware of at least four charities that OPM has determined to be eligible to participate in the 2005 CFC notwithstanding the fact that they have had AFRs in excess of 25% for each of the last three years. These charities include:

| Charity | AFRs for 2003-2005 |
|---|---|
| Children's HeartLink | 2003 – 28.6% |
| | 2004 – 28.6% |
| | 2005 – 37.2% |
| Humane Society of the U.S. | 2003 – 35.9% |
| | 2004 – 38.5% |
| | 2005 – 30.3% |
| NAACP Legal Defense and Education Fund | 2003 – 28.9% |
| | 2004 – 32.1% |
| | 2005 – 28.9% |
| Vietnam Veterans of America Foundation | 2003 – 27.2% |
| | 2004 – 25.5% |
| | 2005 – 43.8% |

[It is significant to note that the AFR percentage increases experienced by Children's Heartlink and Vietnam Veterans of America Foundation between 2004 and 2005 -- i.e., 8.6% and 18.3%, respectively -- are higher than that experienced by Make-A-Wish (7.2%) even if OPM chooses not to take our most recent financial information into consideration.]

Make-A-Wish is even aware of charities that OPM has deemed eligible for participation in the CFC the past two years despite the fact that their AFRs were in excess of 40%. This year, such charities include Multiple

Linda M. Springer, Director
July 21, 2005
Page 5 of 7

Sclerosis Association of America ("MSAA") and NAACP Special Contributions
Fund with AFRs of 42% and 41.4%, respectively. For the 2004 campaign, the
list included Black Women's Health Imperative, Jane Goodall Institute and
MSAA with AFRs of 44.9%, 44.7% and 40.2%, respectively.

4. **Extenuating circumstances require**
**that Make-A-Wish be permitted to**
**participate in the 2005 CFC.**

We are aware that you, as OPM Director, have the power to waive any
of the public accountability standards (including the 25% AFR limitation)
"upon a showing of extenuating circumstances." 5 CFR 950.203(d). Although
we do not believe a waiver is required given the fact that our AFR has
dropped to below 25%, if you disagree then we respectfully request that such
a waiver be granted.

There are clearly extenuating circumstances here that justify the
granting of a waiver -- especially when you consider that the accountability
standards in question were established "to protect federal employees against
fraud and not to serve as a means of excluding groups that would otherwise
be eligible." See Conference Report 100-498 to accompany H.J. Res. 395, Dec.
22, 1987, p. 1173 (emphasis added).

Most would agree that Make-A-Wish is one of the country's most
highly regarded charities, as evidenced by the following:

- Make-A-Wish has always received favorable or better ratings
  from leading charity "watchdog" groups such as the BBB Wise
  Giving Alliance, American Institute of Philanthropy, etc.

- Make-A-Wish was, in fact, one of the first charities in the
  country to receive the right to display the BBB Wise Giving
  Alliance's Seal, signifying our strict adherence to the Wise
  Giving Alliance's comprehensive standards for charitable
  accountability.

- This past year, Make-A-Wish was included on the *Chronicle of
  Philanthropy's* "Philanthropy 400" list (ranked 100) and the
  *NonProfit Times'* Top 100 list (ranked 73).

- Make-A-Wish was one of only three charities featured recently
  in a book entitled "America's Greatest Brands," in which the

Linda M. Springer, Director
July 21, 2005
Page 6 of 7

American Brands Council notes that Make-A-Wish "stands alone as the world's premier wish-granting organization."

These accomplishments (and numerous others) would not have been possible without the conscientious efforts of more than 25,000 dedicated Make-A-Wish volunteers and a relatively modest number of talented and hard-working employees across the country who have always strived to fulfill our mission in the most effective and efficient manner possible. (A chart reflecting the steadily increasing number of wishes granted by Make-A-Wish over the past 18 years is attached as Ex. 4.)

Moreover, Make-A-Wish fully understands the need for charities to be accountable to the public upon whose generosity they depend to carry out their charitable missions. It is for this reason that we, for example:

- attend the annual conference of the National Association of Attorneys General/National Association of State Charity Officials ("NAAG/NASCO") each year;

- worked closely with Senator Grassley and the Senate Finance Committee in 2001-2002, assisting them with their investigation into fraudulent and deceptive charities; and

- are actively involved in the efforts of the Panel on the Nonprofit Sector, a group of nonprofit leaders convened by Independent Sector at the request of the Senate Finance Committee, which recently issued a report to Congress entitled "Strengthening Transparency, Governance and Accountability of Charitable Organizations."

(As a result of our work together during the 107th Congress, Senator Grassley expressed his view that Make-A-Wish "excels in prioritizing accountability and transparency in satisfying [its] mission.")

Finally, the irrefutable truth is that an unanticipated loss in revenues of approximately $2 million this year will have an adverse effect not only on Make-A-Wish and its AFR percentage, but also on our ability to carry out our mission. (Assuming an average wish cost of $5,000, this translates into 400 wishes.) In addition, thousands of federal employees and military personnel around the world will be deprived of the opportunity to support the charity of their choice.

Linda M. Springer, Director
July 21, 2005
Page 7 of 7

On behalf of the Make-A-Wish Foundation of America, our chapters throughout the country and all of the special and courageous children we are privileged to serve, we respectfully request that you exercise your power as OPM's Director to grant a waiver permitting Make-A-Wish to participate in the upcoming campaign.

We appreciate your consideration of this matter and look forward to hearing from you at your earliest possible convenience.

Respectfully yours,

David A. Williams
President & CEO

Attachments

P.S. Because I, like you, am relatively new in this position, I asked my staff recently to brief me on some of the Washington, DC wishes that Make-A-Wish has granted over the years. I thought you might find this information of interest as well:

- More than 85 Make-A-Wish children have met with every U.S. President since Make-A-Wish was founded, including President Bush (21 wishes to date, with two more scheduled for next week).

- We have granted quite a few wishes involving every branch of the military, including, *e.g.*, wishes "to be a Navy SEAL," "to be a soldier," "to take off and land on an aircraft carrier at sea," etc.

- A significant number of federal agencies have been directly involved in granting children's wishes, including, *e.g.*, the Department of Justice and FBI (wish "to be an FBI agent"), the EPA (wish "to speak with someone in a position to do something about the environment"), the INS (wish "to become a U.S. citizen"), etc.

- One particularly amazing wish granted in 2001 involved a boy whose wish was "to be the President for a day." In that role, he met with, among others, representatives of the Secret Service, the Department of State, the Consumer Product Safety Administration, the Department of Defense, the FBI, IRS, the Department of Treasury, the Army, the Marine Corp, and even OPM (to which he apparently advocated his and his classmates' desire for more "snow days").

# EXHIBIT 1



OFFICE OF THE DIRECTOR

UNITED STATES
OFFICE OF PERSONNEL MANAGEMENT
WASHINGTON, DC 20415-1000

JUL 1 5 2005

Mr. Don Sodo
President & CEO
America's Charities
14150 Newbrook Drive, Suite 110
Chantilly, VA 20151

Dear Mr. Sodo:

Pursuant to the authority delegated by the Acting Director of the U.S. Office of Personnel Management (OPM), I have completed a review of your appeal on behalf of two member organizations to be listed as members of the America's Charities federation for the 2005 Combined Federal Campaign. I am sustaining the decision to deny the applications of the Make-A-Wish Foundation and the Native American Rights Fund. This decision brings the total number of approved federation members 31.

Eligibility criteria regulations for CFC national organizations are set forth at 5 CFR §950.202 and §950.203. These regulations state that if the national applicant's administrative and fundraising expenses exceed 25 percent, then it must provide an explanation and formal plan to reduce these expenses below 25 percent. OPM may reject an application with fundraising and administrative expenses in excess of 25 percent, unless the organization demonstrates that its explanation and formal plan are reasonable under the circumstances. Upon review of the amended Attachment F, Make-A-Wish Foundation's plan for reduction of its administrative and fundraising expenses is insufficient.

Make-A-Wish Foundation's appeal included 2004 IRS Form 990 information to document and administrative and fundraising rate below 25 percent as part of an adequate plan by the organization. We cannot consider an IRS Form 990 or other financial data that was not available at the time of the application deadline.

Also, these regulations require that revenues and expenses reported in the IRS Form 990 and audited financial statements reconcile and that all certifications and documentation be complete and submitted prior to the application deadline. The revenues for the Native American Rights Fund did not reconcile. The total revenues reported on Line a of Part IV-A of the IRS Form 990 should include total unrestricted, temporarily restricted, and permanently restricted revenues received for the period. The line only includes total unrestricted funds. Therefore, the amount on Line a did not reconcile to the audited

financial statements since it did not include temporarily and permanently restricted revenues.

Although Line d(2) of the Form 990 shows an adjustment for temporarily restricted and permanently restricted revenues, it did not include the reduction amount for temporarily restricted revenues transferred to unrestricted revenues. Therefore, this amount is over-reported.

There is one last step to complete your 2005 CFC application. This year you must electronically submit the 25-word statement that will appear with the name and CFC number for the federation and each of its member organizations in the official CFC listing. Please go to our website to enter the information. You will need to know your federation's Employer Identification Number (EIN) and CFC PIN (ac1234). Following are the steps for entering your statement:

1. Go to http://apps.opm.gov/CFC/Charity/Main.jsp
2. Click on "National/International Federation Login"
3. Enter your federation's EIN and CFC PIN.
4. Create a new PIN (it must contain 6-8 alpha or numeric characters)
5. Re-enter the system using your EIN and new PIN.
6. Review the organization information (telephone number, administrative and fundraising rate, etc.) recorded by OPM and enter a statement that does not exceed 25 words.
7. Click "Submit" when done.

This information must be submitted by close of business (5:00 pm EST) Friday, July 22, 2005. Please contact Ms. Valinda Pittman at the Office of CFC Operations (202) 606-2564 if you need technical assistance or have any questions about this process.

Best wishes for a successful 2005 campaign.

Sincerely,

Clarence C. Crawford
Chief Financial Officer

# EXHIBIT 2

Make-A-Wish Foundation® of America
Comparative Data - IRS Form 990 - 1999-2003

IRS Form 990 for fiscal years beginning September 1:

| | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue (line 12) | 6,693,440 | 8,787,743 | 9,596,385 | 13,267,660 | 12,889,009 | 25,344,085 | 19,688,776 | 21,702,986 | 18,806,937 | 30,162,614 |
| Program Services (line 13) | 4,442,648 | 4,287,538 | 3,990,449 | 5,760,881 | 6,395,078 | 7,614,965 | 9,953,181 | 7,808,557 | 8,670,129 | 7,219,061 |
| Management & General (line 14) | 294,713 | 470,051 | 583,029 | 697,223 | 916,206 | 1,668,922 | 2,194,786 | 2,861,857 | 2,534,801 | 2,483,210 |
| Fundraising (line 15) | 370,735 | 2,109,923 | 1,647,428 | 1,871,178 | 2,198,729 | 2,634,835 | 3,472,765 | 3,859,010 | 4,630,071 | 4,785,288 |
| Payments to Affiliates (line 16) | 2,241,793 | 2,133,515 | 2,757,571 | 3,601,463 | 4,473,658 | 6,433,300 | 8,717,276 | 8,235,490 | 6,745,456 | 13,423,326 |
| Total Expenses (line 17) | 7,349,889 | 9,001,027 | 8,978,477 | 11,820,195 | 13,983,671 | 18,342,022 | 24,337,958 | 22,764,914 | 22,580,457 | 27,910,835 |
| Excess or (Deficit) (line 18) | (656,449) | (213,284) | 717,908 | 1,447,465 | (1,094,662) | 7,002,063 | (4,649,182) | (1,061,929) | (3,773,520) | 2,251,779 |
| | | | | | | | | | | |
| AFR (line 14 + line 16)/Line 12 | 9.94% | 29.36% | 22.20% | 18.60% | 24.17% | 16.94% | 28.79% | 30.92% | 38.10% | 24.10% |
| Program Percentage (line 13 + line 16)/line 12 | 99.87% | 73.07% | 70.32% | 70.49% | 84.33% | 55.43% | 94.83% | 73.93% | 81.97% | 68.44% |

# EXHIBIT 3

## CFC APPROVALS OVER 25%

National/International Organizations

| Code | Charity Name | 04 | 03 | 02 | 01 |
|------|-------------|------|------|------|------|
| 453 | "I Have A Dream" Foundation | | | 31.0% | |
| 406 | 100 Black Men of America | 26.7% | 25.2% | 31.4% | |
| 2373 | 20/20 Vision Education Fund | | | | 30.4% |
| 1521 | 4-H:National 4-H Council | | | 29.4% | |
| 2823 | A Special Wish Foundation | | | | 34.6% |
| 1938 | Abortion Federation, National (NAF) | 26.5% | | | |
| 301 | ACCION International | | | | 28.0% |
| 151 | Acting Company, The | 26.9% | | | |
| 1709 | Advanced Cancer Research | | | | 25.8% |
| 2137 | Aerospace Education Foundation | | | 26.0% | 27.6% |
| 2994 | Africa Action | | 38.0% | 40.3% | |
| 355 | Africa-America Institute | 29.9% | 28.0% | | 25.7% |
| 2421 | AFS-USA, Inc. | | | 25.3% | |
| 2502 | AIDS and Sexually Transmitted Disea | 29.9% | | | |
| 1527 | AIDS Orphan Adoption Project | | | | 25.5% |
| 1922 | Alan Guttmacher Institute | 25.9% | | 28.0% | |
| 2311 | Alaska Wilderness League | 33.4% | 26.1% | | |
| 1803 | Alley Cat Rescue | 26.2% | | | |
| 1511 | Alyn Center for Disabled Children in Israel | | 27.5% | | |
| 502 | Alzheimer's Association | | 25.6% | | |
| 2214 | American Anti-Slavery Group | | 39.2% | | |
| 2401 | American Architectural Foundation | 37.0% | | | |
| 2376 | American Association for State and Lo | 26.3% | | | |
| 1746 | American Association of Diabetes Educators Education & Research Foun | | | | 26.8% |
| 1942 | American Association of University Wo | 29.6% | 29.6% | 37.0% | |
| 2051 | American Bible Society | | 33.0% | | 25.3% |
| 2902 | American Council for Polish Culture, Inc. | | | | 38.0% |
| 2802 | American Council of the Blind | 33.1% | | 30.5% | 28.6% |
| 2103 | American Defense Institute | | 40.0% | | |
| 1354 | American Foundation for Aging Resea | 35.2% | | | |
| 402 | American Foundation for the Blind | 26.4% | | | |
| 506 | American Hearing Research Foundati | 27.9% | | | |
| 507 | American Heart Association | | 27.4% | 25.7% | |
| 1801 | American Humane Association | | | 25.9% | |
| 833 | American Indian Science & Engineerin | 29.7% | | | |
| 2452 | American Intercultural Student Exchan | 27.6% | | | |
| 1853 | American Kennel Club Canine Health Foundation | | 29.8% | | |
| 1397 | American Legion Child Welfare Found | 26.5% | | | |
| 9953 | American Leprosy Missions, Inc. | 38.6% | | | |
| 214 | American Medical Association Foundation | | 26.8% | 37.9% | |
| 2540 | American Nurses Foundation | | 30.8% | 30.3% | |
| 5112 | American Parkinson Disease Association | | 26.3% | | |
| 1106 | American Public Health Association | | | 26.0% | |
| 9872 | American Radio Relay League, Inc., T | 27.8% | | | |
| 700 | American Red Cross | 7.6% | | | |
| 2341 | American Solar Energy Society | | | 26.0% | |
| 514 | American Tinnitus Association | | 27.8% | | |
| 438 | Americans for Peace Now | | | 25.9% | |
| 1226 | America's Athletes with Disabilities | | | 33.0% | 31.8% |

## CFC APPROVALS OVER 25%
National/International Organizations

| Code | Charity Name | 04 | 03 | 02 | 01 |
|------|-------------|------|------|------|------|
| 2904 | Andean Rural Health Corporation | | 25.8% | | |
| 1831 | Animal Protection Institute | | 32.7% | | |
| 1403 | Ashoka: Innovators for the Public | | | | 36.7% |
| 2722 | Asian Children's Assistance Limited | | | 32.5% | |
| 883 | Asian Relief, Inc. | 40.9% | 42.2% | | |
| 1710 | Association for the Cure of Cancer of the Prostate | | 26.4% | | |
| 1734 | Asthma and Allergy Foundation of America | | 25.2% | | |
| 2578 | Auditory - Verval International, Inc | 29.0% | | | |
| 1580 | Autism Society of America | | | 29.1% | |
| 2674 | Big Brothers Big Sisters International | 26.8% | | | |
| 2016 | Billy Graham Evangelistic Association | 26.9% | | | |
| 468 | Black Women's Health Imperative | 44.9% | | | 31.8% |
| 9814 | Black's in Government | | | 27.9% | |
| 1537 | Blind Children and Adults Action Fund | 28.2% | 30.5% | | |
| 1230 | Blinded Veterans Association | | | 27.5% | |
| 1545 | Boys Hope Girls Hope | | 25.3% | 26.5% | |
| 832 | Boys' Towns of Italy, Inc. | | 35.7% | | |
| 2557 | Brain Tumor Association, American (ABTA) | | | 9.4% | |
| 1230 | Breakthrough Collaborative | | 29.6% | | |
| 211 | Breast Cancer Fund | 30.5% | | | |
| 9975 | Bright Hope International | | 26.4% | 26.7% | |
| 1916 | Business and Professional Women's Foundation | | | 25.3% | |
| 9823 | C.A.S.T. for Kids Foundation | | | 26.9% | |
| 1534 | Camp Heartland Project, Inc | | 28.6% | | |
| 404 | Campaign for Tabacco-Free Kids | | | 27.1% | 33.7% |
| 2588 | Cancer Research Foundation | 45.3% | | | |
| 2512 | Cancer Survivors Coalition (NCCS) | | 28.2% | | |
| 2062 | Care Net | 30.7% | 30.7% | | |
| 2575 | Caregivers Association of America | | 26.6% | | |
| 2773 | Center for Adoption Support & Educat | 25.3% | | | |
| 884 | Center for Community Change | | | | 25.6% |
| 2266 | Center for Constitutional Rights | | | | 28.7% |
| 9841 | Center for Individual Rights | | | 31.1% | |
| 2999 | Center for Military Readiness | | 52.9% | 47.7% | 46.4% |
| 1945 | Center for Reproductive Rights | 30.2% | | | |
| 1924 | Center for Women Policy Studies | | | 33.5% | |
| 950 | Charles Darwin Foundation, Inc | | 28.8% | | |
| 2741 | Child Art Foundation, International | | | | 30.8% |
| 1533 | Child Care Action Campaign | | 25.6% | 26.7% | |
| 1550 | Child Care Law Center | 25.4% | | | |
| 312 | Childreach | 25.2% | | | |
| 1509 | Children Awaiting Parents | 28.6% | 31.2% | | |
| 2775 | Children's Defense Fund | 25.7% | | | |
| 951 | Children's Health Environmental Coalition | | 33.5% | | |
| 2521 | Children's Heart Foundation Internatio | 38.0% | | | |
| 654 | Children's Heartlink | 28.6% | | | |
| 499 | Children's Leukemia Research Association | | 27.0% | | |
| 1563 | Children's Relief Network | 35.2% | | | |
| 668 | Children's Rights | 29.8% | 38.8% | | 26.0% |

## CFC APPROVALS OVER 25%

National/International Organizations

| Code | Charity Name | 04 | 03 | 02 | 01 |
|------|-------------|------|------|------|------|
| 2028 | Christian Broadcasting Network | | | | 25.5% |
| 16 | Christian Freedom International | 28.3% | | | |
| 2031 | Christian Relief Services | | 28.0% | | |
| 511 | Christopher Reeve Paralysis Foundation | | 32.6% | | |
| 1555 | Compassionate Friends | | 26.2% | | 29.9% |
| 9824 | Competitive Enterprise Institute | | | 26.2% | |
| 1085 | Conflict Management Group (CMG) | | 25.3% | | 26.6% |
| 1606 | Congress of National Black Churches, Inc. | | | 26.5% | |
| 2829 | Contact USA, Inc | 34.2% | | | |
| 519 | Cooley's Anemia Foundation | 29.6% | | | |
| 1104 | Cooper Institute, The | 25.5% | | | |
| 2388 | Coral Reef Alliance | 32.3% | | | |
| 2764 | COTA Children's Organ Transplant Association | | | | 31.2% |
| 1560 | Covenant House | 29.6% | 32.8% | 28.2% | 28.8% |
| 1233 | Crafts Center | | 28.5% | | |
| 222 | Cure Autism Now | 31.4% | | | |
| 157 | Dance Theatre of Harlem, Inc. | 32.3% | | | |
| 522 | Deafness Research Foundation | | | | 44.9% |
| 1636 | Delta Research and Educational Foundation | | | 41.8% | 26.8% |
| 1377 | Delta Waterfowl Foundation | 32.5% | | | |
| 2306 | Dian Fossey Gorilla Fund International | | 25.8% | | |
| 2828 | Disabled and Alone/Life Services for th | 36.9% | | | |
| 9804 | Dream Factory, Inc., The | 26.0% | | | |
| 436 | Dress for Success Worldwide | 25.3% | | | |
| 947 | Earth Day Network | 34.9% | | | |
| 915 | Earthjustice (Earthjustice Legal Defen | 35.5% | 28.2% | 28.1% | |
| 566 | Easter Seals | | | 25.2% | |
| 955 | EcoLogic Development Fund | 29.9% | | | |
| 2295 | Educational Fund to End Handgun Violence | | | | 28.5% |
| 2636 | Eleanor Roosevelt Val-Kill, Inc. | | | 29.2% | |
| 1375 | Embry-Riddle Aeronautical University, Inc. | | | | |
| 524 | Endometriosis Association | 28.2% | | | |
| 1236 | Energy for Enterprise | | 26.2% | | |
| 2649 | Enterprise Development International, | 25.5% | | | |
| 948 | Environmental Alliance for Senior Involvement | | 36.2% | | |
| 921 | Environmental and Energy Study Institute | | | | 41.1% |
| 956 | Environmental Law Alliance Worldwide | 26.7% | 29.8% | | |
| 2608 | Environmental Literacy Council | 25.3% | | | |
| 9904 | Esperanca | | 28.7% | 37.8% | |
| 2662 | Facioscapulohumeral FSH Society, Inc. | | | | 28.3% |
| 2271 | Fairness & Accuracy in Reporting | | | | 26.8% |
| 9998 | Faith in the Family International | | 29.8% | | |
| 9919 | Family of the Americas Foundation | | | 25.7% | |
| 2034 | Family Research Council | | | 25.4% | |
| 1246 | FARM AID | 26.2% | | 37.6% | |
| 1211 | Federation for American Immigration R | 25.8% | | | |
| 1607 | Federation of Southern Cooperatives/land Assista | | 30.0% | 28.7% | 25.9% |
| 2066 | Fellowship of Christian Athletes | | 25.1% | | |
| 1907 | Feminist for Life of America | | | | 25.9% |

## CFC APPROVALS OVER 25%
National/International Organizations

| Code | Charity Name | 04 | 03 | 02 | 01 |
|------|-------------|------|------|------|------|
| 2911 | Fidelco Guide Dog Foundation | 35.1% | 28.8% | | |
| 1102 | First Nations Development Institute | | | 38.2% | |
| 1411 | Food Industry Crusade Against Hunge | 25.5% | | | |
| 2731 | For Kids Sake | | | | 30.8% |
| 1331 | Forest History Society | 41.8% | | | |
| 1714 | Foundation Fighting Blindness | | 25.4% | | |
| 1049 | Foundation for Physical Therapy, Inc. | 35.0% | | | |
| 1954 | Foundation for Women's Health | 36.0% | | | |
| 9957 | Friends of Conservation-Friends of the | 31.6% | | | |
| 9958 | GAIA Vaccine Foundation | 48.3% | | | |
| 2204 | Gay & Lesbian Alliance Against Defamation | | 25.9% | | |
| 2587 | Glaucoma Foundation | | | | 32.4% |
| 1716 | Glaucoma Research Foundation | 25.5% | | | |
| 2640 | Global Health Action | 38.0% | | | |
| 2604 | Good News Jail & Prison Ministry | 25.4% | | | |
| 2325 | Greater Yellowstone Coalition | | 25.4% | | |
| 2365 | Green Empowerment | 28.3% | | 35.4% | |
| 1840 | Guide Dogs for the Blind | 25.6% | | | |
| 25 | Habitat for Humanity International | 27.4% | | | |
| 1101 | Health for Humanity | | 29.3% | | |
| 958 | Heartwood, Inc. | | | 28.0% | |
| 315 | Heifer International | 26.4% | 30.0% | | 25.6% |
| 9919 | Hispanic National Bar Foundation | 37.7% | 37.7% | | |
| 1718 | Hope Heart Institure | | 26.1% | | |
| 160 | Houston Grand Opera Company, Inc. | 28.1% | | | |
| 441 | Human Rights Campaign Foundation | | | 30.1% | |
| 452 | Humane Society of the United States, | 38.5% | 35.9% | | |
| 1306 | Independent Sector | 29.7% | | | |
| 2215 | Indian Law Resource Center | | | | 28.6% |
| 2685 | Interfaith Alliance Foundation, Inc., Th | 30.3% | 27.4% | | |
| 1727 | International Center for the Integration of Health & Spirituality | | | 26.7% | |
| 1412 | International Development Exchange | | 29.1% | | 28.9% |
| 2252 | International Gay & Lesbian Human Rights Commision | | | | 26.9% |
| 2616 | International Lactation Consultant Ass | 28.3% | | | |
| 9909 | International Planned Parenthood Federation, Western Hemis | | | 25.5% | 31.0% |
| 343 | International Youth Foundation | 35.2% | | | |
| 1720 | Interstitial Cystitis Association of America | | | 28.5% | |
| 1012 | Israel Cancer Research Fund, The | | | | 35.0% |
| 408 | Jane Goodall Institute for Wildlife Res | 40.2% | | | |
| 2645 | Jesse Owens Foundation | | | | 32.3% |
| 1186 | Jewish Children's Regional Services | | 26.3% | | |
| 1955 | Jewish Women International | | | 25.7% | |
| 2228 | Jobs! (The ICA Group Incorporated) | 25.2% | | | |
| 161 | Jose Limon Dance Foundation | 25.4% | | | |
| 2232 | Judge David L. Bazelon Center for Me | 31.2% | | | |
| 2686 | Jumpstart for Young Children, Inc. | 25.9% | | | |
| 423 | KaBoom! | | | 33.9% | |
| 9836 | Keep America Beautiful, Inc | | 26.8% | | |
| 1957 | La Leche League International | 33.9% | | | |

## CFC APPROVALS OVER 25%

National/International Organizations

| Code | Charity Name | '04 | '03 | '02 | '01 |
|---|---|---|---|---|---|
| 2217 | Lawyer's Committee for Civil Rights Under Law | | 35.6% | | 26.2% |
| 1168 | Light Hawk | | 36.5% | | |
| 1156 | Lutheran Braille Workers, Inc. | | 31.1% | | 28.5% |
| 1410 | Make-A-Wish Foundation International | | 25.5% | 25.9% | 27.4% |
| 426 | Make-A-Wish Foundation of America | 30.9% | 28.8% | | |
| 1244 | Marine Corps Heritage Foundation | | 43.9% | | 31.9% |
| 2472 | Marine Corps University Foundation | | 27.7% | | |
| 1810 | Marine Mammal Center | | 26.1% | | |
| 1745 | Marrow Foundation, The | 29.9% | 26.0% | | |
| 427 | Martin Luther King, Jr. Center for Nonviolent Social Change | | | | 26.1% |
| 1461 | Medical Education For South African Blacks | | 28.0% | | |
| 1468 | Medisend/International | 25.2% | | | |
| 1018 | Mexican American Cultural Center (MA | 25.1% | 27.3% | | |
| 2254 | Minnesota Advocates for Human Rights | | 26.2% | | |
| 163 | Minnesota Orchestral Association | 27.0% | | | |
| 9818 | Minority Media & Telecommunications | 54.5% | | | |
| 2849 | Miracle Flights for Kids | 30.4% | | | |
| 2037 | Mission Aviation Fellowship | | 25.7% | 27.0% | |
| 9958 | Mission to Children | | 27.4% | | |
| 2074 | MOPS International | 29.9% | 25.9% | | 30.0% |
| 475 | Mothers Against Drunk Drivers | | | | 25.6% |
| 493 | Multiple Sclerosis Association of Amer | 44.7% | | | |
| 225 | Multiple Sclerosis Foundation | 30.4% | | 32.9% | |
| 430 | NAACP Legal Defense and Education | 32.1% | 28.9% | | |
| 538 | NAMI, The national Alliande for the Metally Ill | | | | 25.5% |
| 1911 | Natioanl Coalition Against Domestic Violence | | | | 25.2% |
| 9862 | National Baseball Hall of Fame & Mus | 27.0% | 29.0% | 34.9% | |
| 2648 | National Catholic AIDS Network, Inc. | 37.4% | 31.8% | 25.1% | 30.6% |
| 1219 | National Center for Victims of Crime | 31.9% | | | |
| 2617 | National Council for Science & the Env | 37.2% | | | |
| 1624 | National Council of Negro Women | | | 29.1% | |
| 574 | National Council on Alcoholism and D | 28.4% | 26.7% | 27.9% | |
| 1112 | National Council on Catholic Women | | 25.1% | | |
| 456 | National Down Syndrome Society | 30.2% | | | |
| 1730 | National Eating Disorders Association | | 26.2% | | |
| 1075 | National Foundation for Cancer Research | | | | 28.1% |
| 544 | National Hospice and Palliative Care Organization | 39.4% | | | 26.6% |
| 2527 | National Jewish Medical and Research Center | | | | 25.1% |
| 447 | National Law Enforcement Officers Me | 32.2% | 27.3% | | 27.0% |
| 2516 | National Lymphedema Network | | 34.8% | | 26.6% |
| 2427 | National Medical Fellowships, Inc. | | | | 36.3% |
| 1546 | National Mentoring Partnership | 30.5% | | | |
| 1120 | National Organization for Women Foundation, Inc | | 30.6% | | 40.7% |
| 910 | National Parks Conservation Association | | | | 37.9% |
| 2844 | National Right to Life Educational Trus | 39.4% | | | |
| 2413 | National Space Society | | 33.3% | | |
| 555 | National Spinal Cord Injury Association | | 29.8% | | |
| 1648 | National Technical Association | | | 26.8% | |
| 9866 | National Whistleblower Center | | | 26.8% | |

## CFC APPROVALS OVER 25%
National/International Organizations

| Code | Charity Name | 04 | 03 | 02 | 01 |
|------|-------------|------|------|------|------|
| 2282 | National Youth Advocacy Coalition | | 29.1% | | |
| 450 | Native American Rights Fund | 37.2% | | 27.9% | 30.6% |
| 2150 | Naval Historical Foundation | 28.2% | | | |
| 1337 | Navy Supply Corps Foundation, Inc. | | | 33.7% | |
| 341 | Near East Foundation | 34.1% | | | |
| 9832 | New Directions Ministries, Inc. | | | 29.7% | |
| 1914 | NOW Legal Defense and Education F | 29.4% | 35.9% | | |
| 1170 | Nurses Organization of Veterans Affairs Foundati | | 30.3% | | |
| 2919 | Oceana, Inc. | 49.0% | | | |
| 2836 | Oklahoma City National Memorial Fou | 27.3% | | | 25.1% |
| 1915 | Older Women's League | 25.1% | 29.4% | 45.4% | |
| 2531 | Oncology Nursing Society Foundation | 35.5% | 36.9% | | |
| 2768 | Open Door Adoption Agency | 28.0% | 29.1% | | |
| 37 | Open Doors with Brother Andrew, Inc. | 26.2% | | 28.5% | |
| 2783 | Operation Smile | 30.9% | | | |
| 317 | Opportunity International | | 30.0% | | |
| 1413 | ORBIS | 33.4% | 32.0% | | 25.8% |
| 1179 | Orthodox Christian Mission Center, Inc. | | 26.8% | | |
| 217 | Osteoporosis Foundation (National Os | 29.6% | | | |
| 1254 | Outward Bound | 26.5% | | | |
| 2312 | Pacific Crest Trail Association | 25.9% | | | |
| 1027 | Parent Project Muscular Dystrophy | | | 32.6% | 32.6% |
| 2727 | Parents of Murdered Children, Inc. | | | 28.1% | |
| 1232 | Parents Television Council | 27.5% | 29.0% | | |
| 2224 | Parents, Families and Friends of Lesb | 25.6% | | | |
| 2359 | Partners in Parks | | 26.0% | | |
| 1817 | Paws for Independence | 25.4% | | | |
| 1004 | Peace Development Fund | | 31.0% | | |
| 1515 | Pediatric AIDS Foundation (Elizabeth | 34.0% | | | |
| 2517 | Pediatric Cancer Research Foundation | | | | 26.6% |
| 2693 | Polish American Education Scholarshi | 48.3% | | | |
| 753 | Pop Warner Little Scholars | 25.5% | 28.3% | | |
| 2345 | Population-Environment Balance | 27.6% | | | |
| 1579 | Prevent Child Abuse America | 25.9% | 28.2% | | |
| 2045 | Promise Keepers | | 28.9% | 35.5% | 28.5% |
| 2370 | Public Employees for Environmental R | 34.0% | | | |
| 2816 | Public Employees Roundtable | | | 25.4% | |
| 457 | Puerto Rican Legal Defense and Education Fund | | | 29.3% | 26.0% |
| 1039 | R.O.S.E. (Regaining One's Self-Esteem) Fund, Th | | 34.7% | 29.2% | |
| 899 | Rebuilding Together, Inc. | 26.4% | | | |
| 1483 | Relief International | | | 26.7% | |
| 2594 | Restless Legs Syndrome Foundation | | 31.3% | | |
| 2553 | Retinitis Pigmentosa International Society for Degenerative Eye Disease | | | | 29.9% |
| 1241 | Rocky Mountain Biological Laboratory | | 30.0% | | |
| 940 | Rocky Mountain Institute | 27.4% | | | |
| 663 | Ronald McDonald House Charities | 123.3% | | | |
| 9968 | ROX35 Media, Inc. | | | 26.9% | |
| 9852 | Ruffed Grouse Society, Inc., The | 42.1% | 39.1% | | |
| 9827 | Russian Children's Welfare Society | | | 25.6% | 26.2% |

# CFC APPROVALS OVER 25%

National/International Organizations

| Code | Charity Name | '04 | '03 | '02 | '01 |
|------|--------------|-----|-----|-----|-----|
| 9828 | Safe Tables Our Priority, Inc | 26.5% | 43.6% | | |
| 168 | San Francisco Opera Association | 29.2% | | | |
| 938 | Scenic America | 35.0% | | | |
| 43 | Scripture Union | 27.0% | | | |
| 1008 | Seeing Eye, Inc., The | 158.1% | | | |
| 229 | Self Help for Hard of Hearing People | 33.2% | 35.0% | 44.9% | |
| 1845 | Service Dogs for America | | 35.6% | | |
| 1142 | Servicemembers Legal Defense Network, Inc. | | 26.8% | 25.3% | |
| 2436 | SETI Institute | | 32.3% | | |
| 664 | Shriners Hospitals for Children | 111.9% | | | |
| 539 | Sickle Cell Disease Association of America | | | 27.2% | |
| 1242 | Simon Wiesenthal Center | | 25.3% | 26.0% | |
| 2931 | Sisters of Notre Dame de Namur Development Pr | | 29.3% | 37.7% | |
| 2592 | Sjogren's Syndrome Foundation Inc. | 43.6% | | | 26.7% |
| 1392 | Society of American Foresters | | | | 28.2% |
| 490 | SOS Children's Villages - USA | | 25.2% | | |
| 454 | Southern Poverty Law Center | | | 25.8% | |
| 1850 | Spay-Neuter Assistance Program (SN | 25.1% | | | |
| 2729 | Special Olympics, Inc. | 25.2% | | 25.8% | |
| 1544 | StarBright Foundation | 25.8% | | | |
| 485 | Starlight Children's Foundation | | | | 35.0% |
| 2766 | Students Helping Street Kids International | | | 29.6% | |
| 9830 | Tau Beta Pi Association, Inc., The | | 27.5% | | |
| 1307 | The Cousteau Society, Inc. | | | 33.2% | |
| 961 | The Walden Woods Project | | | 33.1% | |
| 2625 | Tough Love International | | | | 25.9% |
| 2378 | Trees, Water and People | | | | 36.1% |
| 2372 | Trout Unlimited | | | | 25.5% |
| 2318 | Trustees for Alaska | 38.9% | | | |
| 1659 | Twenty-First Century Foundation | 28.9% | | | |
| 9811 | U.S. Committee for the U.N. Fund for Women, Inc | | 27.8% | | |
| 2260 | UCSJ: Union of Councils for Jews in the Former S | | 35.4% | | |
| 9966 | Uganda Children's Charity Foundation | 44.9% | | | |
| 9898 | Union Community Fund | | | 66.9% | |
| 1824 | United Animal Nations | | 28.0% | | |
| 563 | United Cerebral Palsy Associations | | 31.6% | | |
| 115 | United Negro College Fund | 67.1% | | | |
| 122 | United Neighborhood Centers of America, Inc. | | | | 31.8% |
| 2629 | United Ostomy Association | 29.1% | 25.3% | | |
| 2852 | United States Association for the Unite | 36.3% | | | |
| 757 | United States Handball Association | 26.5% | | | |
| 1145 | United States Soccer Federation Foundation, Inc | 35.5% | | | |
| 814 | USA Boxing | | | | 28.9% |
| 773 | USA Shooting | 27.7% | | | 29.9% |
| 2977 | USA Wrestling | | | | 26.1% |
| 600 | USO (United Service Organization) Fe | 30.7% | | | |
| 2757 | Vanished Children's Alliance | 26.8% | | | |
| 2527 | Vascular Disease Foundation | 37.9% | | | |
| 1020 | Vellore Christian Medical College Board (USA), Inc. | | 25.2% | | |

## CFC APPROVALS OVER 25%

National/International Organizations

| Code | Charity Name | 04 | 03 | 02 | 01 |
|------|--------------|------|------|------|------|
| 1032 | Veteran Hospital Radio and Television Guild | | | | 30.1% |
| 1222 | Veterans of Foreign Wars Foundation | | | | 31.5% |
| 1184 | Vietnam Veterans Memorial Fund | 38.3% | 41.7% | | |
| 461 | Vietnam Veterans of America Founda | 25.5% | 27.2% | | |
| 2243 | Violence Policy Center | 29.6% | | | |
| 1846 | Viva! USA | | | 25.8% | |
| 2560 | Volunteer Eye Surgeons International, LTD | | | | 34.0% |
| 1360 | Washington Center for Interships & Ac | 29.0% | | | |
| 2381 | WaterPartners International | | 28.4% | | |
| 1359 | We Care America, Inc. | 28.0% | | | |
| 1849 | WildCare: Terwilliger Nature Education | 32.6% | 32.6% | | |
| 918 | Wilderness Society, The | 31.8% | 26.4% | 30.4% | |
| 2288 | William J. Brennan Jr. Center for Justice | | | 25.7% | |
| 1208 | Wings of Hope | 0.0% | 28.4% | | |
| 1969 | Women in Military Service for America | 30.9% | 33.2% | 32.1% | |
| 1927 | Women's Funding Network | 28.4% | | | |
| 1950 | Women's Health Research (The Socie | 29.3% | | | |
| 1173 | Women's Law & Public Policy Fellows | 25.6% | | | |
| 48 | World Evangelical Allicance | 29.5% | | | |
| 9970 | World Evangelical Fellowship | | | 25.8% | |
| 2581 | World Federation for Mental Health | 33.1% | | | |
| 1854 | World Society for the Protection of Ani | 32.2% | | | 26.5% |
| 1409 | WorldSpace Foundation | 41.0% | | | |
| 2079 | Worldwide Christian Schools | 26.7% | 26.7% | | |
| 9972 | Wycliffe Associates | | | | 31.7% |
| 1920 | YMCA of the USA | | | 31.8% | |
| 2808 | Y-ME National Breast Cancer Organization | | 36.2% | 35.1% | |

# EXHIBIT 4

