

UNITED STATES
OFFICE OF PERSONNEL MANAGEMENT
WASHINGTON, DC 20415-1000

OFFICE OF THE DIRECTOR

JUL 29 2005

David A. Williams
President and CEO
Make - A - Wish Foundation of America
3550 North Central Avenue, Suite 300
Phoenix, Arizona 85012-2127

Dear Mr. Williams:

I am responding to your July 21, 2005 letter to Director Linda M. Springer, Office of Personnel Management (OPM). Your letter concerns OPM's denial of the application of the Make-A-Wish Foundation (Make-A-Wish) to participate as a national organization in the 2005 Combined Federal Campaign (CFC).

By letter dated July 15, 2005, I informed you that the initial denial of the Make-A-Wish CFC application had been affirmed on appeal for not providing a sufficient explanation or providing a sufficient plan, under the circumstances, for reducing its administrative and fundraising rate (AFR) below the 25 percent level set forth in OPM's regulations dealing with CFC eligibility. I noted that, although the Make-A-Wish appeal included 2004 IRS Form 990 information to document an administrative and fundraising rate below 25 percent, OPM could not consider on appeal an IRS Form 990 or other financial data that was not available at the time of the initial application deadline.

OPM received a number of similar appeals from other organizations which included 2004 IRS Form 990 information not available at the time of the initial application deadline. Our policy of not accepting such documentation at the appeal stage of the application process was applied uniformly. Specifically, a total of fifty-three (53) organizations were denied eligibility on appeal for an excessive AFR and an insufficient plan to reduce that AFR. Of these, nine (9) organizations were denied for having sustained an excessively high AFR for three consecutive years.

The annual CFC decision making process is determined by a specific timetable which, by regulation, prescribes that the national list must be issued in time for the production of campaign brochures to be ready by September 1 of each year. It is not possible to go back to all the applicant organizations denied eligibility under circumstances similar to those faced by Make-A-Wish and invite them to submit updated information.

OPM's denial is not a negative reflection of the valuable work of your organization and its 74 chapters across the country. We recognize that Make-A-Wish has historically met the high standards set by OPM for the privilege of being listed as a national participant and having the opportunity to receive funds from millions of donors.

CON 131-64-4
September 2001

David A. Williams
President and CEO
Make-A-Wish Foundation

As a member of America's Charities, we urge you to work closely with that federation so that adequate care is taken to ensure future applications are in compliance with CFC regulations and guidance. OPM staff are also available to provide technical assistance to prospective applicants through our annual training in the Fall in Washington, D.C. and during two regional training meetings held in the Spring.

We look forward to receiving your application again next year.

Sincerely,

Clarence Crawford
Chief Financial Officer