

**UNITED STATES
OFFICE OF PERSONNEL MANAGEMENT
WASHINGTON, DC 20415-1000**

OFFICE OF THE DIRECTOR      AUG 11 2005

David A. Williams
President and CEO
Make-A-Wish Foundation of America
3550 North Central Avenue, Suite 300
Phoenix, Arizona 85012-2127

Dear Mr. Williams:

I appreciate the time you and your colleagues took to travel to Washington, D.C. and brief us about the successful efforts you have undertaken to make the Make-A-Wish Foundation of America (MAWFA) more efficient.

The arguments presented by the attorneys from Weil, Gotshal & Manges in furtherance of MAWFA's admission into the 2005 Combined Federal Campaign (CFC) were given serious consideration by OPM's leadership. However, OPM has determined that the decision upholding the initial denial of your organization's appeal will stand.

OPM's CFC eligibility regulations are intended to maintain uniformity and credibility in the CFC participation process. We maintain a uniform policy of not accepting information that supplements the original application if the information was not available at the time of the application deadline. As a result, we regret we must decline to accept your organization's 2004 IRS Form 990, which was not available as of the 2005 CFC application deadline, as evidence that MAWFA's plan to reduce its AFR is reasonable under the circumstances.

The CFC runs on an annual timetable and requires a specific timeframe, which by regulation prescribes that a national list must be issued in time for the printing and distribution of campaign brochures by September 1 of each year. This logistical requirement mandates a date certain by which eligibility information must be ascertained and submitted for consideration. OPM CFC regulations are geared to accept specific financial information that is uniform among organizations and which is credible because that financial data has been subjected to an audit process and a reconciliation review. Opening the process to allow additional information more recently obtained, for purposes of demonstrating a trend in AFR, is inconsistent with the review afforded to those applicants who abided by the established regulatory criteria and timely submitted complete eligibility information. Moreover, it affects program integrity because various organizations could submit inconsistent and piecemeal financial documentation in support of their applications. That could include newly obtained information that either has not been subject to audit or that would require additional scrutiny to ensure it has been audited and is acceptable from a reconciliation standpoint.

We are hopeful that America's Charities and your organization now have a better understanding of the CFC eligibility criteria that will enable your organization's participation in future years.

Sincerely,

Mara T. Patermaster
Director
Office of CFC Operations

cc: Robert Odle, Esq.