## CFC APPROVALS OVER 25%
National/International Organizations

| Code | Charity Name | '05 | '04 | '03 | '02 | '01 |
|---|---|---|---|---|---|---|
| 453 | "I Have A Dream" Foundation | | | | 31.0% | |
| 406 | 100 Black Men of America | | 26.7% | 25.2% | 31.4% | |
| 2373 | 20/20 Vision Education Fund | | | | | 30.4% |
| 1521 | 4-H:National 4-H Council | | | | 29.4% | |
| 2823 | A Special Wish Foundation | 26.6% | | | | 34.6% |
| 1938 | Abortion Federation, National (NAF) | | 26.5% | | | |
| 9401 | Abraham Fund Initiatives | 28.4% | | | | |
| 301 | ACCION International | | | | | 28.0% |
| 151 | Acting Company, The | | 26.9% | | | |
| 1524 | Adoption Center (National Adoption C | 30.2% | | | | |
| 1709 | Advanced Cancer Research | | | | | 25.8% |
| 2137 | Aerospace Education Foundation | | | | 26.0% | 27.6% |
| 2994 | Africa Action | 66.5% | | 38.0% | 40.3% | |
| 355 | Africa-America Institute | | 29.9% | 28.0% | | 25.7% |
| 2421 | AFS-USA, Inc. | | | | 25.3% | |
| 2940 | AIDS Alliance for Children & Families | 26.1% | | | | |
| 2502 | AIDS and Sexually Transmitted Disea | 27.4% | 29.9% | | | |
| 1527 | AIDS Orphan Adoption Project | | | | | 25.5% |
| 2504 | AIDS Programs of the National Minori | 33.9% | | | | |
| 571 | AIDS Research Foundation (amfAR) | 29.6% | | | | |
| 1922 | Alan Guttmacher Institute | 28.4% | 25.9% | | 28.0% | |
| 2311 | Alaska Wilderness League | | 33.4% | 26.1% | | |
| 1803 | Alley Cat Rescue | | 26.2% | | | |
| 2005 | Alliance Defense Fund | 25.9% | | | | |
| 1511 | Alyn Center for Disabled Children in Israel | | | 27.5% | | |
| 502 | Alzheimer's Association | | | 25.6% | | |
| 2384 | American Alpine Club | 35.9% | | | | |
| 2214 | American Anti-Slavery Group | | | 39.2% | | |
| 2401 | American Architectural Foundation | 32.5% | 37.0% | | | |
| 9402 | American Associates Ben-Gurion Univ | 27.0% | | | | |
| 2376 | American Association for State and Local History | | 26.3% | | | |
| 1746 | American Association of Diabetes Educators Education & Research Foundation | | | | | 26.8% |
| 1942 | American Association of University Women Legal A | | 29.6% | 29.6% | 37.0% | |
| 2051 | American Bible Society | | | 33.0% | | 25.3% |
| 9403 | American Committee for Shaare Zede | 36.5% | | | | |
| 2902 | American Council for Polish Culture, Inc. | | | | | 38.0% |
| 2802 | American Council of the Blind | 33.9% | 33.1% | | 30.5% | 28.6% |
| 2103 | American Defense Institute | | | 40.0% | | |
| 924 | American Farmland Trust | 28.1% | | | | |
| 901 | American Forests | 30.0% | | | | |
| 1354 | American Foundation for Aging Research | | 35.2% | | | |
| 402 | American Foundation for the Blind | 38.4% | 26.4% | | | |
| 2673 | American Foundation for Urologic Dis | 26.1% | | | | |
| 9407 | American Friends of Livnot U'Lehiban | 30.8% | | | | |
| 506 | American Hearing Research Foundati | 28.2% | 27.9% | | | |
| 507 | American Heart Association | | | 27.4% | 25.7% | |
| 1801 | American Humane Association | | | | 25.9% | |
| 2473 | American Indian College Fund | 30.4% | | | | |
| 833 | American Indian Science & Engineering Society (AIS | | 29.7% | | | |

| Code | Organization | Col1 | Col2 | Col3 | Col4 | Col5 |
|---|---|---|---|---|---|---|
| 2452 | American Intercultural Student Exchange | | 27.6% | | | |
| 1853 | American Kennel Club Canine Health | 29.0% | | 29.8% | | |
| 1397 | American Legion Child Welfare Foundation | | 26.5% | | | |
| 9953 | American Leprosy Missions, Inc. | | 38.6% | | | |
| 214 | American Medical Association Foundation | | | 26.8% | 37.9% | |
| 2540 | American Nurses Foundation | | | 30.8% | 30.3% | |
| 5112 | American Parkinson Disease Association | | | 26.3% | | |
| 1106 | American Public Health Association | | | | 26.0% | |
| 9872 | American Radio Relay League, Inc., T | 29.0% | 27.8% | | | |
| 700 | American Red Cross | | 7.6% | | | |
| 2341 | American Solar Energy Society | | | | 26.0% | |
| 514 | American Tinnitus Association | | | 27.8% | | |
| 2302 | American Whitewater Affiliation | 26.0% | | | | |
| 438 | Americans for Peace Now | | | | 25.9% | |
| 1226 | America's Athletes with Disabilities | | | | 33.0% | 31.8% |
| 2904 | Andean Rural Health Corporation | | | 25.8% | | |
| 1831 | Animal Protection Institute | 36.0% | | 32.7% | | |
| 2397 | Archaeological Institute of America | 26.2% | | | | |
| 2603 | Arizona Memorial Museum Associatio | 32.0% | | | | |
| 1403 | Ashoka: Innovators for the Public | | | | | 36.7% |
| 2722 | Asian Children's Assistance Limited | | | | 32.5% | |
| 883 | Asian Relief, Inc. | 27.9% | 40.9% | 42.2% | | |
| 1710 | Association for the Cure of Cancer of the Prostate | | | 26.4% | | |
| 1734 | Asthma and Allergy Foundation of America | | | 25.2% | | |
| 2578 | Auditory - Verval International, Inc | | 29.0% | | | |
| 1580 | Autism Society of America | | | | 29.1% | |
| 9607 | AVODAH: The Jewish Service Corps | 32.1% | | | | |
| 9203 | Beck Institute for Cognitive Therapy a | 25.1% | | | | |
| 2674 | Big Brothers Big Sisters International | | 26.8% | | | |
| 2016 | Billy Graham Evangelistic Association | | 26.9% | | | |
| 468 | Black Women's Health Imperative | | 44.9% | | | 31.8% |
| 9814 | Black's in Government | | | | 27.9% | |
| 1537 | Blind Children and Adults Action Fund of America (A | 28.2% | 30.5% | | | |
| 1230 | Blinded Veterans Association | | | | 27.5% | |
| 1545 | Boys Hope Girls Hope | | | 25.3% | 26.5% | |
| 832 | Boys' Towns of Italy, Inc. | 49.9% | | 35.7% | | |
| 2557 | Brain Tumor Association, American (ABTA) | | | | 9.4% | |
| 1472 | Bread for the World Institute | 27.4% | | | | |
| 1230 | Breakthrough Collaborative | | | 29.6% | | |
| 211 | Breast Cancer Fund | | 30.5% | | | |
| 9703 | Breast Cancer Fundation, The Susan | 25.9% | | | | |
| 9975 | Bright Hope International | | | 26.4% | 26.7% | |
| 1916 | Business and Professional Women's Foundation | | | | 25.3% | |
| 9823 | C.A.S.T. for Kids Foundation | | | | 26.9% | |
| 1534 | Camp Heartland Project, Inc | 25.6% | | 28.6% | | |
| 404 | Campaign for Tabacco-Free Kids | | | | 27.1% | 33.7% |
| 2588 | Cancer Research Foundation | | 45.3% | | | |
| 2512 | Cancer Survivors Coalition (NCCS) | | | 28.2% | | |
| 2062 | Care Net | | 30.7% | 30.7% | | |
| 2575 | Caregivers Association of America | | | 26.6% | | |
| 2937 | CARES Foundation, Inc. | 27.2% | | | | |
| 12 | Catholic Youth Foundation USA (Natio | 43.0% | | | | |

| Code | Organization | | | | | |
|---|---|---|---|---|---|---|
| 1902 | Catholics for a Free Choice | 41.0% | | | | |
| 2773 | Center for Adoption Support & Educat | 28.4% | 25.3% | | | |
| 884 | Center for Community Change | | | | | 25.6% |
| 2266 | Center for Constitutional Rights | | | | | 28.7% |
| 2474 | Center for Excellence in Education | 37.4% | | | | |
| 9841 | Center for Individual Rights | | | | 31.1% | |
| 2999 | Center for Military Readiness | | | 52.9% | 47.7% | 46.4% |
| 1333 | Center for Plant Conservation, Inc | 27.4% | | | | |
| 1945 | Center for Reproductive Rights | | 30.2% | | | |
| 2364 | Center for Resource Economics | 29.2% | | | | |
| 1924 | Center for Women Policy Studies | | | | 33.5% | |
| 950 | Charles Darwin Foundation, Inc | | | 28.8% | | |
| 2324 | Chesapeake Bay Foundation | 33.4% | | | | |
| 2741 | Child Art Foundation, International | | | | | 30.8% |
| 1533 | Child Care Action Campaign | | | 25.6% | 26.7% | |
| 1550 | Child Care Law Center | | 25.4% | | | |
| 2707 | Child Rescue International ( Mission v | 29.6% | | | | |
| 312 | Childreach | | 25.2% | | | |
| 1509 | Children Awaiting Parents | | 28.6% | 31.2% | | |
| 2775 | Children's Defense Fund | | 25.7% | | | |
| 951 | Children's Health Environmental Coalition | | | 33.5% | | |
| 2521 | Children's Heart Foundation International | | 38.0% | | | |
| 654 | Children's Heartlink | 37.2% | 28.6% | | | |
| 1552 | Children's Hospital & Research Cente | 147.4% | | | | |
| 499 | Children's Leukemia Research Association | | | 27.0% | | |
| 1563 | Children's Relief Network | 40.8% | 35.2% | | | |
| 668 | Children's Rights | | 29.8% | 38.8% | | 26.0% |
| 550 | Children's Tumor Foundation | 33.9% | | | | |
| 2028 | Christian Broadcasting Network | | | | | 25.5% |
| 16 | Christian Freedom International | | 28.3% | | | |
| 2031 | Christian Relief Services | | | 28.0% | | |
| 511 | Christopher Reeve Paralysis Foundation | | | 32.6% | | |
| 2298 | Citizens for Global Solutions Educatio | 25.1% | | | | |
| 2547 | Cleft Palate Foundation | 28.7% | | | | |
| 2946 | Coevolution Institute | 26.7% | | | | |
| 1555 | Compassionate Friends | | | 26.2% | | 29.9% |
| 9824 | Competitive Enterprise Institute | | | | 26.2% | |
| 1085 | Conflict Management Group (CMG) | | | 25.3% | | 26.6% |
| 1606 | Congress of National Black Churches, Inc. | | | | 26.5% | |
| 931 | Conservation International | 27.8% | | | | |
| 2829 | Contact USA, Inc | | 34.2% | | | |
| 519 | Cooley's Anemia Foundation | 31.1% | 29.6% | | | |
| 1104 | Cooper Institute, The | | 25.5% | | | |
| 9899 | Cooperative Development Foundation | 27.2% | | | | |
| 2388 | Coral Reef Alliance | 32.1% | 32.3% | | | |
| 2764 | COTA Children's Organ Transplant Association | | | | | 31.2% |
| 1560 | Covenant House | | 29.6% | 32.8% | 28.2% | 28.8% |
| 1233 | Crafts Center | | 28.5% | | | |
| 222 | Cure Autism Now | | 31.4% | | | |
| 157 | Dance Theatre of Harlem, Inc. | 32.5% | 32.3% | | | |
| 522 | Deafness Research Foundation | | | | | 44.9% |
| 904 | Defenders of Wildlife | 25.5% | | | | |

| Code | Organization | C1 | C2 | C3 | C4 | C5 |
|---|---|---|---|---|---|---|
| 1636 | Delta Research and Educational Foundation | | | | 41.8% | 26.8% |
| 1377 | Delta Waterfowl Foundation | 32.5% | | | | |
| 2306 | Dian Fossey Gorilla Fund International | | 25.8% | | | |
| 2269 | Disability Rights Education and Defen | 30.7% | | | | |
| 2828 | Disabled and Alone/Life Services for the Handicapp | 36.9% | | | | |
| 1084 | Doris Day Animal Foundation | 34.6% | | | | |
| 9804 | Dream Factory, Inc., The | 26.0% | | | | |
| 9306 | Dreams Can Be Foundation | 27.6% | | | | |
| 436 | Dress for Success Worldwide | 25.3% | | | | |
| 947 | Earth Day Network | 34.9% | | | | |
| 915 | Earthjustice (Earthjustice Legal Defense Fund) | 35.5% | 28.2% | 28.1% | | |
| 2203 | EarthRights International | 26.9% | | | | |
| 566 | Easter Seals | | 25.2% | | | |
| 955 | EcoLogic Development Fund | 29.9% | | | | |
| 2295 | Educational Fund to End Handgun Violence | | | | | 28.5% |
| 2636 | Eleanor Roosevelt Val-Kill, Inc. | | | 29.2% | | |
| 1375 | Embry-Riddle Aeronautical University, Inc. | | | | | |
| 524 | Endometriosis Association | 28.2% | | | | |
| 1236 | Energy for Enterprise | | 26.2% | | | |
| 9922 | Enersol Associates | 48.6% | | | | |
| 2649 | Enterprise Development International, Inc. | 25.5% | | | | |
| 948 | Environmental Alliance for Senior Involvement | | 36.2% | | | |
| 921 | Environmental and Energy Study Institute | | | | | 41.1% |
| 956 | Environmental Law Alliance Worldwid | 25.8% | 26.7% | 29.8% | | |
| 2608 | Environmental Literacy Council | 25.3% | | | | |
| 9904 | Esperanca | | 28.7% | 37.8% | | |
| 1144 | European Institute, The | 29.5% | | | | |
| 2662 | Facioscapulohumeral FSH Society, Inc. | | | | | 28.3% |
| 2271 | Fairness & Accuracy in Reporting | | | | | 26.8% |
| 9998 | Faith in the Family International | | 29.8% | | | |
| 1903 | FaithTrust Institute | 29.4% | | | | |
| 9919 | Family of the Americas Foundation | | | 25.7% | | |
| 2034 | Family Research Council | | | 25.4% | | |
| 1246 | FARM AID | 26.2% | | 37.6% | | |
| 1211 | Federation for American Immigration I | 27.0% | 25.8% | | | |
| 1607 | Federation of Southern Cooperatives/land Assistance Fund | | 30.0% | 28.7% | | 25.9% |
| 2066 | Fellowship of Christian Athletes | | 25.1% | | | |
| 1907 | Feminist for Life of America | | | | | 25.9% |
| 2911 | Fidelco Guide Dog Foundation | 35.1% | 28.8% | | | |
| 1102 | First Nations Development Institute | | | 38.2% | | |
| 2978 | Fishburne Military School (Fishburne-I | 48.2% | | | | |
| 1411 | Food Industry Crusade Against Hunger | 25.5% | | | | |
| 2731 | For Kids Sake | | | | | 30.8% |
| 1331 | Forest History Society | 29.0% | 41.8% | | | |
| 1542 | Foster Parent Association, National | 26.1% | | | | |
| 1714 | Foundation Fighting Blindness | | 25.4% | | | |
| 9976 | Foundation for International Medical F | 55.4% | | | | |
| 1049 | Foundation for Physical Therapy, Inc. | 35.0% | | | | |
| 1954 | Foundation for Women's Health | 36.0% | | | | |
| 9957 | Friends of Conservation-Friends of the Masai Mara | 31.6% | | | | |
| 2793 | Futures for Children | 32.9% | | | | |
| 9958 | GAIA Vaccine Foundation | 48.3% | | | | |

| ID | Organization | | | | | |
|---|---|---|---|---|---|---|
| 2204 | Gay & Lesbian Alliance Against Defamation | | | 25.9% | | |
| 2587 | Glaucoma Foundation | | | | | 32.4% |
| 1716 | Glaucoma Research Foundation | 25.4% | 25.5% | | | |
| 2640 | Global Health Action | 31.7% | 38.0% | | | |
| 1517 | Golden Cradle Adoption Services | 26.6% | | | | |
| 2604 | Good News Jail & Prison Ministry | | 25.4% | | | |
| 105 | Goowili Industries International, Inc | 25.7% | | | | |
| 657 | Grace Children's Foundation, The | 29.5% | | | | |
| 2325 | Greater Yellowstone Coalition | | | 25.4% | | |
| 2365 | Green Empowerment | | 28.3% | | 35.4% | |
| 1840 | Guide Dogs for the Blind | 30.8% | 25.6% | | | |
| 1807 | Guide Dogs of America | 26.1% | | | | |
| 25 | Habitat for Humanity International | 30.2% | 27.4% | | | |
| 1101 | Health for Humanity | | | 29.3% | | |
| 958 | Heartwood, Inc. | | | | 28.0% | |
| 315 | Heifer International | 26.4% | 26.4% | 30.0% | | 25.6% |
| 9882 | Hillel: The Foundation for Jewish Cam | 33.5% | | | | |
| 9919 | Hispanic National Bar Foundation | | 37.7% | 37.7% | | |
| 1718 | Hope Heart Institure | | | 26.1% | | |
| 246 | Hospice, Pathways Hospice Foundatic | 27.8% | | | | |
| 160 | Houston Grand Opera Company, Inc. | | 28.1% | | | |
| 441 | Human Rights Campaign Foundation | 34.1% | | | 30.1% | |
| 2273 | Human Rights in China | 31.9% | | | | |
| 452 | Humane Society of the United States, | 30.3% | 38.5% | 35.9% | | |
| 1306 | Independent Sector | 28.5% | 29.7% | | | |
| 2661 | Indian Land Tenure Foundation | 78.0% | | | | |
| 2215 | Indian Law Resource Center | | | | | 28.6% |
| 932 | INFORM, Inc. | 25.6% | | | | |
| 2685 | Interfaith Alliance Foundation, Inc., The | | 30.3% | 27.4% | | |
| 1727 | International Center for the Integration of Health & Spirituality | | | | 26.7% | |
| 1045 | International Child Care (USA) | 34.6% | | | | |
| 1412 | International Development Exchange | | | 29.1% | | 28.9% |
| 1834 | International Fund For Animal Welfare | 29.2% | | | | |
| 2252 | International Gay & Lesbian Human R | 27.9% | | | | 26.9% |
| 1046 | International Institute of Rural Recons | 27.7% | | | | |
| 2616 | International Lactation Consultant Association | | 28.3% | | | |
| 9909 | International Planned Parenthood Federation, Western Hemisphere Region | | | | 25.5% | 31.0% |
| 9206 | International Society for Traumatic Str | 30.1% | | | | |
| 343 | International Youth Foundation | | 35.2% | | | |
| 1720 | Interstitial Cystitis Association of America | | | | 28.5% | |
| 1012 | Israel Cancer Research Fund, The | | | | | 35.0% |
| 9415 | Israel Humanitarian Foundation | 28.6% | | | | |
| 1663 | Jackie Robinson Foundation | 27.7% | | | | |
| 408 | Jane Goodall Institute for Wildlife Res | 34.0% | 40.2% | | | |
| 2645 | Jesse Owens Foundation | | | | | 32.3% |
| 1186 | Jewish Children's Regional Services | | | 26.3% | | |
| 9416 | Jewish National Fund-Keren Kayemet | 29.3% | | | | |
| 1955 | Jewish Women International | | | | 25.7% | |
| 2228 | Jobs! (The ICA Group Incorporated) | | 25.2% | | | |
| 1565 | John Tracy Clinic | 44.2% | | | | |
| 161 | Jose Limon Dance Foundation | | 25.4% | | | |
| 2232 | Judge David L. Bazelon Center for Me | 32.6% | 31.2% | | | |

| Code | Name | % | % | % | % | % | % |
|---|---|---|---|---|---|---|---|
| 2686 | Jumpstart for Young Children, Inc. | | | 25.9% | | | |
| 2461 | Junior Engineering Technical Society | 32.6% | | | | | |
| 423 | KaBoom! | | | | | 33.9% | |
| 9836 | Keep America Beautiful, Inc | 30.4% | | 26.8% | | | |
| 1957 | La Leche League International | | 33.9% | | | | |
| 9910 | Latin American Health Institute (Latin | 26.1% | | | | | |
| 2217 | Lawyer's Committee for Civil Rights U | 33.4% | | 35.6% | | | 26.2% |
| 1914 | Legal Momentum | 29.4% | | | | | |
| 814 | Lifewater International | 39.4% | | | | | |
| 1168 | Light Hawk | | | 36.5% | | | |
| 1156 | Lutheran Braille Workers, Inc. | | | 31.1% | | | 28.5% |
| 9981 | Maasai Girls Education Fund | 29.2% | | | | | |
| 1410 | Make-A-Wish Foundation International | | | 25.5% | 25.9% | | 27.4% |
| 426 | Make-A-Wish Foundation of America | | 30.9% | 28.8% | | | |
| 534 | March of Dimes Birth Defects Founda | 26.5% | | | | | |
| 1244 | Marine Corps Heritage Foundation | | | 43.9% | | | 31.9% |
| 2472 | Marine Corps University Foundation | | | 27.7% | | | |
| 1810 | Marine Mammal Center | 26.1% | | 26.1% | | | |
| 1745 | Marrow Foundation, The | 27.0% | 29.9% | 26.0% | | | |
| 427 | Martin Luther King, Jr. Center for Nonviolent Social Change | | | | | | 26.1% |
| 1461 | Medical Education For South African I | 25.1% | | 28.0% | | | |
| 1461 | Medical Education For South African Blacks | | | | | | |
| 1468 | Medisend/International | 29.3% | 25.2% | | | | |
| 827 | Mental Disability Rights International | 25.7% | | | | | |
| 1018 | Mexican American Cultural Center (MACC) | | 25.1% | 27.3% | | | |
| 2118 | Military Chaplains Association of the L | 30.4% | | | | | |
| 2254 | Minnesota Advocates for Human Rights | | | 26.2% | | | |
| 163 | Minnesota Orchestral Association | | 27.0% | | | | |
| 9818 | Minority Media & Telecommunications Council | | 54.5% | | | | |
| 2849 | Miracle Flights for Kids | 41.0% | 30.4% | | | | |
| 2037 | Mission Aviation Fellowship | 25.5% | | 25.7% | 27.0% | | |
| 9958 | Mission to Children | | | 27.4% | | | |
| 2074 | MOPS International | 27.0% | 29.9% | 25.9% | | | 30.0% |
| 475 | Mothers Against Drunk Drivers | | | | | | 25.6% |
| 1910 | Ms. Foundation for Women | 112.4% | | | | | |
| 493 | Multiple Sclerosis Association of Ame | 42.2% | 44.7% | | | | |
| 225 | Multiple Sclerosis Foundation | 27.7% | 30.4% | | 32.9% | | |
| 430 | NAACP Legal Defense and Education | 28.9% | 32.1% | 28.9% | | | |
| 431 | NAACP Special Contribution Fund | 41.4% | | | | | |
| 538 | NAMI, The national Alliande for the Metally Ill | | | | | | 25.5% |
| 9510 | NARAL Pro-Choice America Foundati | 39.1% | | | | | |
| 1038 | NASA College Scholarship Fund, Inc. | 51.2% | | | | | |
| 1911 | Natioanl Coalition Against Domestic Violence | | | | | | 25.2% |
| 2357 | National Aquarium in Baltimore | 27.9% | | | | | |
| 836 | National Association of Pastoral Music | 25.7% | | | | | |
| 9862 | National Baseball Hall of Fame & Museum, The | | 27.0% | 29.0% | 34.9% | | |
| 2648 | National Catholic AIDS Network, Inc. | | 37.4% | 31.8% | 25.1% | | 30.6% |
| 2770 | National Center for Learning Disabiliti | 33.1% | | | | | |
| 1219 | National Center for Victims of Crime | | 31.9% | | | | |
| 838 | National Coalition for the Homeless | 25.7% | | | | | |
| 2941 | National Coalition for the Protection of | 27.0% | | | | | |
| 1623 | National Conference of Black Lawyers | 26.9% | | | | | |

| Code | Organization | C1 | C2 | C3 | C4 | C5 |
|---|---|---|---|---|---|---|
| 9210 | National Council for Community Beha | 31.2% | | | | |
| 2617 | National Council for Science & the En | 26.9% | 37.2% | | | |
| 1624 | National Council of Negro Women | | | | 29.1% | |
| 574 | National Council on Alcoholism and Drug Depender | | 28.4% | 26.7% | 27.9% | |
| 1112 | National Council on Catholic Women | | | 25.1% | | |
| 456 | National Down Syndrome Society | | 30.2% | | | |
| 1730 | National Eating Disorders Association | 40.2% | | 26.2% | | |
| 1306 | National Episcopal AIDS Coalition | 27.7% | | | | |
| 1075 | National Foundation for Cancer Research | | | | | 28.1% |
| 544 | National Hospice and Palliative Care Organization | | | 39.4% | | 26.6% |
| 2527 | National Jewish Medical and Researc | 25.4% | | | | 25.1% |
| 447 | National Law Enforcement Officers M | 28.0% | 32.2% | 27.3% | | 27.0% |
| 2516 | National Lymphedema Network | | | 34.8% | | 26.6% |
| 2427 | National Medical Fellowships, Inc. | | | | | 36.3% |
| 1546 | National Mentoring Partnership | | 30.5% | | | |
| 1120 | National Organization for Women Foundation, Inc. | | | 30.6% | | 40.7% |
| 910 | National Parks Conservation Association | | | | | 37.9% |
| 1148 | National Peace Corps Association | 32.0% | | | | |
| 1379 | National Railway Historical Society, In | 27.2% | | | | |
| 2844 | National Right to Life Educational Trus | 28.8% | 39.4% | | | |
| 2413 | National Space Society | | | 33.3% | | |
| 555 | National Spinal Cord Injury Association | | | 29.8% | | |
| 1648 | National Technical Association | | | | 26.8% | |
| 9866 | National Whistleblower Center | | | | 26.8% | |
| 2282 | National Youth Advocacy Coalition | | | 29.1% | | |
| 450 | Native American Rights Fund | | 37.2% | | 27.9% | 30.6% |
| 2150 | Naval Historical Foundation | 31.5% | 28.2% | | | |
| 1337 | Navy Supply Corps Foundation, Inc. | | | | 33.7% | |
| 341 | Near East Foundation | | 34.1% | | | |
| 9832 | New Directions Ministries, Inc. | | | | 29.7% | |
| 164 | New England Conservatory of Music | 30.7% | | | | |
| 851 | Northeast-Midwest Institute | 27.4% | | | | |
| 1914 | NOW Legal Defense and Education Fund | | 29.4% | 35.9% | | |
| 1170 | Nurses Organization of Veterans Affairs Foundation (NOVA) | | | 30.3% | | |
| 920 | Ocean Conservancy, The | 25.2% | | | | |
| 2919 | Oceana, Inc. | | 49.0% | | | |
| 2836 | Oklahoma City National Memorial Foundation | | 27.3% | | | 25.1% |
| 1915 | Older Women's League | | 25.1% | 29.4% | 45.4% | |
| 2531 | Oncology Nursing Society Foundation | | 35.5% | 36.9% | | |
| 2768 | Open Door Adoption Agency | | 28.0% | 29.1% | | |
| 37 | Open Doors with Brother Andrew, Inc. | | 26.2% | | 28.5% | |
| 2783 | Operation Smile | 41.6% | 30.9% | | | |
| 317 | Opportunity International | | | 30.0% | | |
| 1413 | ORBIS | | 33.4% | 32.0% | | 25.8% |
| 2333 | Organization for Tropical Studies | 25.6% | | | | |
| 1179 | Orthodox Christian Mission Center, Inc. | | | 26.8% | | |
| 217 | Osteoporosis Foundation (National Os | 30.5% | 29.6% | | | |
| 38 | Outreach International | 28.9% | | | | |
| 1254 | Outward Bound | | 26.5% | | | |
| 2312 | Pacific Crest Trail Association | 31.6% | 25.9% | | | |
| 2478 | Pacific Media Ministry | 29.6% | | | | |
| 1027 | Parent Project Muscular Dystrophy | | | | 32.6% | 32.6% |

| ID | Name | C1 | C2 | C3 | C4 | C5 |
|---|---|---|---|---|---|---|
| 1985 | Parent's Action for Children | 27.2% | | | | |
| 2727 | Parents of Murdered Children, Inc. | | | | 28.1% | |
| 1232 | Parents Television Council | | 27.5% | 29.0% | | |
| 2224 | Parents, Families and Friends of Lesbians and Gays | | 25.6% | | | |
| 2359 | Partners in Parks | | | 26.0% | | |
| 1597 | Partnership for a Drug-Free America | 26.0% | | | | |
| 1817 | Paws for Independence | 25.7% | 25.4% | | | |
| 167 | Peabody Essex Museum, Inc. | 35.2% | | | | |
| 1004 | Peace Development Fund | | | 31.0% | | |
| 1515 | Pediatric AIDS Foundation (Elizabeth | 33.5% | 34.0% | | | |
| 2517 | Pediatric Cancer Research Foundation | | | | | 26.6% |
| 2396 | Pinchot Institute for Conservation | 37.3% | | | | |
| 2693 | Polish American Education Scholarship & Cultural F | | 48.3% | | | |
| 753 | Pop Warner Little Scholars | | 25.5% | 28.3% | | |
| 477 | Population Connection | 26.6% | | | | |
| 2314 | Population Institute | 27.2% | | | | |
| 2345 | Population-Environment Balance | | 27.6% | | | |
| 1579 | Prevent Child Abuse America | 26.1% | 25.9% | 28.2% | | |
| 2045 | Promise Keepers | | | 28.9% | 35.5% | 28.5% |
| 1710 | Prostate Cancer Foundation | 31.8% | | | | |
| 2370 | Public Employees for Environmental F | 30.1% | 34.0% | | | |
| 2816 | Public Employees Roundtable | | | | 25.4% | |
| 457 | Puerto Rican Legal Defense and Educ | 32.1% | | | 29.3% | 26.0% |
| 1039 | R.O.S.E. (Regaining One's Self-Esteem) Fund, The | | | 34.7% | 29.2% | |
| 2944 | Radio Amateur Satellite Corporation ( | 28.9% | | | | |
| 899 | Rebuilding Together, Inc. | | 26.4% | | | |
| 1483 | Relief International | | | | 26.7% | |
| 2594 | Restless Legs Syndrome Foundation | | | 31.3% | | |
| 2553 | Retinitis Pigmentosa International Society for Degenerative Eye Disease and Related D | | | | | 29.9% |
| 1241 | Rocky Mountain Biological Laboratory | | | 30.0% | | |
| 940 | Rocky Mountain Institute | | 27.4% | | | |
| 663 | Ronald McDonald House Charities | | 123.3% | | | |
| 9968 | ROX35 Media, Inc. | | | | 26.9% | |
| 9852 | Ruffed Grouse Society, Inc., The | | 42.1% | 39.1% | | |
| 9827 | Russian Children's Welfare Society | | | | 25.6% | 26.2% |
| 1082 | Sacred Heart League | 28.8% | | | | |
| 9828 | Safe Tables Our Priority, Inc | | 26.5% | 43.6% | | |
| 168 | San Francisco Opera Association | | 29.2% | | | |
| 938 | Scenic America | | 35.0% | | | |
| 2615 | Scleroderma Foundation, Inc | 25.1% | | | | |
| 43 | Scripture Union | | 27.0% | | | |
| 2399 | SeaWeb | 33.5% | | | | |
| 1008 | Seeing Eye, Inc., The | | 158.1% | | | |
| 229 | Self Help for Hard of Hearing People | | 33.2% | 35.0% | 44.9% | |
| 1845 | Service Dogs for America | | | 35.6% | | |
| 1142 | Servicemembers Legal Defense Network, Inc. | | | 26.8% | 25.3% | |
| 2436 | SETI Institute | | | 32.3% | | |
| 2819 | Share Our Strenght | 34.1% | | | | |
| 664 | Shriners Hospitals for Children | | 111.9% | | | |
| 539 | Sickle Cell Disease Association of America | | | | 27.2% | |
| 2784 | Silver Lining Foundation (Kid's Stuff F | 29.5% | | | | |
| 1242 | Simon Wiesenthal Center | 28.0% | | 25.3% | 26.0% | |

| Code | Organization | | | | |
|---|---|---|---|---|---|
| 2931 | Sisters of Notre Dame de Namur Development Program | | | 29.3% | 37.7% | |
| 2592 | Sjogren's Syndrome Foundation Inc. | | 43.6% | | | 26.7% |
| 1380 | Smile Train, The | 31.6% | | | | |
| 1392 | Society of American Foresters | | | | | 28.2% |
| 9985 | Solar Cookers International | 28.0% | | | | |
| 61 | SOS Children's Villages - USA | 35.3% | | 25.2% | | |
| 454 | Southern Poverty Law Center | | | | 25.8% | |
| 1850 | Spay-Neuter Assistance Program (SNAP) | | 25.1% | | | |
| 2729 | Special Olympics, Inc. | | 25.2% | | 25.8% | |
| 1544 | StarBright Foundation | | 25.8% | | | |
| 485 | Starlight Children's Foundation | | | | | 35.0% |
| 239 | Stroke/Brain Injury Communication Di | 25.3% | | | | |
| 2766 | Students Helping Street Kids International | | | | 29.6% | |
| 1368 | Sturge-Weber Foundation, The | 25.2% | | | | |
| 9830 | Tau Beta Pi Association, Inc., The | | | 27.5% | | |
| 1307 | The Cousteau Society, Inc. | | | | 33.2% | |
| 961 | The Walden Woods Project | | | | 33.1% | |
| 2625 | Tough Love International | | | | | 25.9% |
| 2160 | Tragedy Assistance Program for Surv | 27.6% | | | | |
| 9965 | Trees for the Future, Inc. | 27.6% | | | | |
| 2378 | Trees, Water and People | | | | | 36.1% |
| 2372 | Trout Unlimited | | | | | 25.5% |
| 2318 | Trustees for Alaska | | 38.9% | | | |
| 1659 | Twenty-First Century Foundation | | 28.9% | | | |
| 9811 | U.S. Committee for the U.N. Fund for Women, Inc. | | | 27.8% | | |
| 2260 | UCSJ: Union of Councils for Jews in tl | 37.0% | | 35.4% | | |
| 9966 | Uganda Children's Charity Foundation | | 44.9% | | | |
| 9898 | Union Community Fund | | | | 66.9% | |
| 1824 | United Animal Nations | | | 28.0% | | |
| 563 | United Cerebral Palsy Associations | 26.6% | | 31.6% | | |
| 115 | United Negro College Fund | | 67.1% | | | |
| 122 | United Neighborhood Centers of America, Inc. | | | | | 31.8% |
| 2629 | United Ostomy Association | | 29.1% | 25.3% | | |
| 2852 | United States Association for the Unit | 38.0% | 36.3% | | | |
| 757 | United States Handball Association | | 26.5% | | | |
| 1145 | United States Soccer Federation Foundation, Inc | | | 35.5% | | |
| 2291 | US/Labor Education in the Americas F | 27.3% | | | | |
| 814 | USA Boxing | | | | | 28.9% |
| 773 | USA Shooting | | 27.7% | | | 29.9% |
| 2977 | USA Wrestling | | | | | 26.1% |
| 600 | USO (United Service Organization) Federation | | 30.7% | | | |
| 2757 | Vanished Children's Alliance | | 26.8% | | | |
| 2527 | Vascular Disease Foundation | | 37.9% | | | |
| 1020 | Vellore Christian Medical College Board (USA), Inc. | | | | 25.2% | |
| 1032 | Veteran Hospital Radio and Television Guild | | | | | 30.1% |
| 1222 | Veterans of Foreign Wars Foundation | | | | | 31.5% |
| 1184 | Vietnam Veterans Memorial Fund | | 38.3% | 41.7% | | |
| 461 | Vietnam Veterans of America Founda | 43.8% | 25.5% | 27.2% | | |
| 2243 | Violence Policy Center | | 29.6% | | | |
| 1846 | Viva! USA | | | | 25.8% | |
| 2560 | Volunteer Eye Surgeons International, LTD | | | | | 34.0% |
| 1360 | Washington Center for Interships & Academic Semi | | 29.0% | | | |

| Code | Organization | C1 | C2 | C3 | C4 | C5 |
|---|---|---|---|---|---|---|
| 2381 | WaterPartners International | | | 28.4% | | |
| 1359 | We Care America, Inc. | | 28.0% | | | |
| 1849 | WildCare: Terwilliger Nature Education and Wildlife | | 32.6% | 32.6% | | |
| 918 | Wilderness Society, The | 25.2% | 31.8% | 26.4% | 30.4% | |
| 2920 | Wildlife Research Institute, Inc | 36.5% | | | | |
| 2288 | William J. Brennan Jr. Center for Justice | | | | 25.7% | |
| 1208 | Wings of Hope | | 0.0% | 28.4% | | |
| 1969 | Women in Military Service for America Memorial Fo | | 30.9% | 33.2% | 32.1% | |
| 1927 | Women's Funding Network | | 28.4% | | | |
| 1950 | Women's Health Research (The Socie | 35.7% | 29.3% | | | |
| 1173 | Women's Law & Public Policy Fellowship Program | | 25.6% | | | |
| 48 | World Evangelical Alliance | 29.5% | 29.5% | | | |
| 9970 | World Evangelical Fellowship | | | | 25.8% | |
| 2581 | World Federation for Mental Health | 27.3% | 33.1% | | | |
| 1429 | World Neighbors | 29.6% | | | | |
| 1854 | World Society for the Protection of An | 29.8% | 32.2% | | | 26.5% |
| 1409 | WorldSpace Foundation | | 41.0% | | | |
| 2079 | Worldwide Christian Schools | | 26.7% | 26.7% | | |
| 9972 | Wycliffe Associates | | | | | 31.7% |
| 1920 | YMCA of the USA | | | | 31.8% | |
| 2808 | Y-ME National Breast Cancer Organization | | | 36.2% | 35.1% | |
| 170 | Young Audiences, Inc. | 28.3% | | | | |