IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAKE-A-WISH FOUNDATION )<br>OF AMERICA )<br>3550 N. Central Avenue, Suite 300 )<br>Phoenix, AZ 85012-2107 )<br>   )<br>    Plaintiff, )<br>   )<br>v.   )<br>   )<br>LINDA M. SPRINGER, in her capacity as )<br>Director of )<br>United States Office of )<br>Personnel Management )<br>1900 E Street NW )<br>Washington, DC 20415-1000 )<br>   )<br>    Defendant. ) | Civil Action No. |

**ORDER ON MOTION FOR TEMPORARY RESTRAINING ORDER
AND INJUNCTIVE AND DECLARATORY RELIEF**

This matter came on for hearing before the Honorable _____ on _____, 2005, upon the motion of plaintiff Make-A-Wish Foundation of America ("Make-A-Wish") for a temporary restraining order and injunctive and declaratory relief.

This Court, having heard the arguments of counsel, read the motion papers, pleadings, and declarations submitted by parties, finding that due notice has been given to Defendants United States Office of Personnel Management ("OPM") and OPM Director Linda M. Springer, being advised of the files, records, and proceedings, and having found that there is a threat of irreparable harm to Make-A-Wish, that this harm outweighs any harm that will be caused to OPM and Director Springer by the Court's granting of the relief sought, that there is a

probability that Make-A-Wish will succeed on the merits, that the relief sought would serve the public interest and that there is no adequate remedy available at law, makes the following order:

IT IS HEREBY ORDERED THAT:

1. Defendant OPM is restrained and enjoined from printing, publishing, or distributing to federal employees any materials related to the 2005 CFC, including any list of charities eligible to participate in the 2005 CFC, until the conclusion of a full hearing on the merits.

2. The hearing on plaintiff's application for preliminary injunctive relief shall be advanced and consolidated with the trial of the action on the merits pursuant to Federal Rule of Civil Procedure 65(a)(2), to allow for a final disposition on the merits before the 2005 CFC commences, which hearing shall take place on _____, 2005.

Date:_____

BY THE COURT:

_____
PRESIDING JUDGE