IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAKE-A-WISH FOUNDATION<br>OF AMERICA<br>3550 N. Central Avenue, Suite 300<br>Phoenix, AZ 85012-2107<br><br>        Plaintiff,<br><br>   v.<br><br>LINDA M. SPRINGER, in her capacity as<br>Director of<br>United States Office of<br>Personnel Management<br>1900 E Street NW<br>Washington, DC 20415-1000<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:05CV01654 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATED ORDER

The parties to this matter hereby agree to the following terms and conditions:

A. Plaintiff Make-A-Wish Foundation of America ("Make-A-Wish") shall be permitted to participate in the 2005 Combined Federal Campaign ("CFC") as a national participant;

B. The United States Office of Personnel Management ("OPM") shall direct the several Principal Combined Fund Organizations ("PCFOs") to include, in each CFC brochure for the local CFCs under such PCFOs' jurisdiction where such brochures have not yet been printed as of the date of this Order (1) a listing of Make-A-Wish in the table of contents for each brochure and (2) the following description within the listing for members of America's Charities:

> "**0426  Make-A-Wish Foundation of America** (800) 722-9474
> www.wish.org EIN#86-0481941 – Grants the wishes of
> children in the United States with life-threatening medical
> conditions to enrich the human experience with hope,
> strength and joy.  38.1%";

C.  OPM shall direct the PCFOs to supplement each CFC brochure for the local CFCs under such PCFOs' jurisdiction where brochures were printed on or before the date of this Order with an Errata Sheet indicating the following:

> "Make-A-Wish Foundation of America may be designated by you as a recipient for the 2005 campaign by pledge card or direct contribution.  Information concerning Make-A-Wish is set forth below:
>
> **0426**   **Make-A-Wish Foundation of America** (800) 722-9474 www.wish.org EIN#86-0481941 – Grants the wishes of children in the United States with life-threatening medical conditions to enrich the human experience with hope, strength and joy.  (38.1%)";

D.  This action is dismissed with each party to bear its own fees, costs and expenses for this litigation.

E.  This Stipulated Order is predicated on and limited to the facts of the above-captioned case and shall have no precedential value whatsoever for any case involving any other charitable organization that applied for participation in the 2005 CFC or for participation in subsequent CFCs.

| For plaintiff Make-A-Wish Foundation of America: | For defendant Linda M. Springer, Director, United States Office of Personnel Management: |
|---|---|
| Weil, Gotshal & Manges LLP | /s/ |
| /s/ | Kenneth L. Wainstein, D.C. Bar # 171538 |
| Michael J. Lyle, D.C. Bar No.# 475078 | United States Attorney |
| Christine P. Hsu, D.C. Bar # 452209 | |
| David N. Southard, D.C. Bar # 470832 | /s/ |
| 1501 K Street, N.W., Suite 100 | R. Craig Lawrence, D.C. Bar # 171538 |
| Washington, D.C.  20005 | Civil Chief |
| (202) 682-7022 | |
| | /s/ |
| | Laurie J. Weinstein, D.C. Bar #389511 |
| | 555 Fourth Street, N.W.  Room E 4820 |
| | Washington, D.C.  20530 |
| | (202) 514-7133 |

3

SO ORDERED this 21st day of August, 2005.

> _____
> EMMET G. SULLIVAN
> United States District Judge